**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **Perry, Chaz** | ) |
| **Ahmed, Masood** | ) |
| **Askew, Wayne** | ) |
| **Bass, Brandan** | ) |
| **Beddia, James** | ) |
| **Bonneau, Frantz** | ) |
| **Briggs-Hall, Akiba** | ) |
| **Bristol, Andre** | ) |
| **Burrell, Jazmin** | ) |
| **Capetanos, Panagiotis** | ) |
| **Cicciarello, Frank** | ) |
| **Conzo, Joseph** | ) |
| **Courtade, Carlos** | ) |
| **Curtin, Michael** | ) |
| **Dagosto, Joseph** | ) |
| **DeCarlo, Christine** | ) |
| **Diaz, Roland** | ) |
| **Estick, Mark** | ) |
| **Estrada, Albert** | ) |
| **Ferreira, Ray** | ) |
| **Franklin, Ian** | ) |
| **Groarice, Aithea** | ) |
| **Gutnick, Lydia** | ) |
| **Handley, Elizabeth** | ) |
| **Hutchinson, Derek** | ) |
| **Illanes, Carlos** | ) |
| **Jewet, Jerome** | ) |
| **Lasserre, Arina** | ) |
| **Longo, Valerie** | ) |
| **Maher, Kevin** | ) |
| **McClary, Chauncey** | ) |
| **McGuire, James** | ) |
| **McLune, Michael** | ) |
| **McMullin, David** | ) |
| **Mitnik, Michael** | ) |
| **Moran, Sally** | ) |
| **Muller, Carlos** | ) |
| **Negron, Rebecca** | ) |
| **Nunez, Eric** | ) |
| **Ocasio, Vanessa** | ) |

| | |
|---|---|
| **Oliver, Makesi** | ) |
| **Oyemi, Andrew** | ) |
| **Patel, Anal** | ) |
| **Perez, Alejandro** | ) |
| **Peters, Clinton** | ) |
| **Ponce, Alejandro** | ) |
| **Puente, Janet** | ) |
| **Ramos, Veronica** | ) |
| **Richards, Sanjay** | ) |
| **Rivera, Linda** | ) |
| **Rivera, Lissette** | ) |
| **Robinson, Richard** | ) |
| **Rodriguez, Brandon** | ) |
| **Rodriguez, Carmelo** | ) |
| **Rodriguez, George** | ) |
| **Roper, Kamala** | ) |
| **Russo, Christopher** | ) |
| **Saem, Gerardo** | ) |
| **Salazar, Elizabeth** | ) |
| **Santiago, Jason** | ) |
| **Santiago, Michelle** | ) |
| **Santini, Nicolas** | ) |
| **Saunders, Tenille** | ) |
| **Sealy-Brown, Kimoi** | ) |
| **Semple, Donna** | ) |
| **Suarez, Danny** | ) |
| **Thompson, Darryn** | ) |
| **Toyloy, Gerardo** | ) |
| **Velazquez, Lucy** | ) |
| **Vitale, Charles** | ) |
| **Ward, Kevin** | ) |
| **Wynne Jr., Willis** | ) |
| **Palencia, Janice** | ) |
| **Johnson, Peter** | ) |
| **Lewis, Gary** | ) |
| **Valentine, Michael** | ) |
| **Garcia, Alfredo** | ) |
| **Cooke, Adam** | ) |
| **Brown, Cleo** | ) |
| **Skipper, Brian** | ) |
| **O'Neal, Meleki** | ) |
| **Skamalos, Konstantinos** | ) |
| **Washington, Jerard** | ) |
| **Jancowicz, Richard** | ) |
| **Salazar, Favian** | ) |

**Velez, Paula** )
**Amor, Antonio** )
**Monahan Sr., Thomas** )
**Arroyo, Marilyn** )
**Brzezinski, Robert** )
**Chambers, Sharita** )
**Rios, Vanessa** )
**Butler, Sandra** )
**Miller, Johnny** )
**Simon, Stephen** )
**Hogan, Vincent** )
**Curtin, William** )
**Bryan, Lauren** )
**Carter, Ja'Quan** )
**Celluci, Andrew** )
**Ureña, Gerardo** )
**Goldson, Leon** )
**Flores, Serafin** )
**Gonzalez, Carlos** )
**Evans, Marlin** )
**Homer, Chaundel** )
**Pike, John** )
**Glick, Alan** )
**Joseph, Henderson** )
**Pineda, Luis** )
**Ortiz, John** )
**Basabe, Victor** )
**Watson, Zoila** )
**Bottone, John** )
**Pierre, Latasha** )
**Laurie, Ray** )
**Spandorf, Jason** )
**Tsai, Thomas** )
**Hoffman, James** )
**DeRosa, Philip** )
**Rosati, Jerri** )
**Kruczony, Rostantin** )
**Han, Arnie** )
**Petit-Mat, Arnel** )
**Nehwadowich, Nicole** )
**Waldron, Shamika** )
**Clapp, Glenn** )
**Hernandez, John** )
**Beauharnais, Jamelya** )
**Francois, Alaisha** )
**Barinas, Elvin** )

**Torres, Juan**                                    )
**DeMott, Amanda**                                  )
**Gnezpovskiy, Oleg**                               )
**Guzman, Richard**                                 )
**Bedoya, Willie**                                  )
**Cruz, David**                                     )
**Zuniga, Marvin**                                  )
**Harrison, Bevonia**                               )
**Hamilton, Peter**                                 )
**Guzman, Bennie**                                  )
**Portka, Grzegorz**                                )
**Bergen Jr., George**                              )
**Devino, Louis**                                   )
**Blanchard, Dave**                                 )
**Licari, Justin**                                  )
**Silvestri, Michael**                              )
**Hall, Khadijah**                                  )
**Kolanovic, Krista**                               )
**Hyams, James**                                    )
**Santora, John**                                   )
**Alexander, Shaun**                                )
**Charles, Brent**                                  )
**Girgenti, Annemarie**                             )
**Palladino, Angelo**                               )
**Gutkin, Brian**                                   )
**Garwood, Craig**                                  )
**Doyley, Yanique**                                 )
**Bilgore, Todd**                                   )
**Naufable, Jeanl**                                 )
**Cox, Jillian**                                    )
**Alleyne, Cathy**                                  )
**Richardson, Mykka**                               )
**McMillan, Mary**                                  )
**Perez, James**                                    )
**Cedeno, Charles**                                 )
**Jackson, Melisa**                                 )
**Brown, Beryl**                                    )
**Holiday, Joakema**                                )
**Perez Jr., Raul**                                 )
**Williams, Sedley**                                )
**Lewis, Webster**                                  )
**Victor, Regina**                                  )
**Rutherford, Avian**                               )
**Larrier, Laticia**                                )
**Hernandez, Joseph**                               )
**Smith, Hugh**                                     )

**Wong, Amanda** )
**Russell, Nicketo** )
**Acevedo, Joel** )
**Cadicamo, Victor** )
**Samuels, Natasha** )
**Ritter, William** )
**LeBron, Juan** )
**Adekoya, Ahmed** )
**Sanchez, Maritza** )
**DeVito, Michelle** )
**Benitez, Jose** )
**Faeth, Donald** )
**Leone, Vito** )
**Greco, Michael** )
**Tsang, Felicia** )
**Roman, Kathyleen** )
**LaRuy, Reynaldo** )
**Campanelli, Daniel** )
**Pimentel, Jose** )
**De Cesare, Anthony** )
**Bindra, Prabhleen** )
**Dunne, James** )
**Mills, James** )
**Abegg, Ralph** )
**Batista, Nicholas** )
**Pirrone, Christina** )
**Cruz, Jose** )
**Jourdain, Serge** )
**Bottini, Lisa** )
**Kun, Viktor** )
**Atilgan, Ulya** )
**Simonis, Johny** )
**Grimando, Noel** )
**Swierkowski, Christopher** )
**Cummings, Nevin** )
**Miro, Justin** )
**Chavez, Ruth** )
**Michels, Scott** )
**Roberson, Ronald** )
**Francis, Elvira** )
**Taylor, Mark** )
**Lishisey, Kevin** )
**Ozechowski, Eric** )
**Melnick, Theodore** )
**Johnson, Vincent** )
**St-Clair, Gregory** )

**Lolagnegeters, Marie**  )
**Mosley, Donna**  )
**Zatoren, Ryan**  )
**LaBarbera, Tracey**  )
**Simmonds, Gary**  )
**Wilson, Liza**  )
**Sully, Marso**  )
**Bolger, James**  )
**Jean-Philippe, Edy**  )
**Hackett, Gary**  )
**Marin, Raymond**  )
**Alvarez, Luis**  )
**Hehn, Christian**  )
**Taylor, Jonathan**  )
**Northmore, Stephen**  )
**Delgounova, Svejana**  )
**Slick, Margaret**  )
**Partch Jr., Greg**  )
**Howe, James**  )
**Manetta, Anthony**  )
**O'Brien, Melissa**  )
**Trabolse, Anthony**  )
**Salguera, Ron**  )
**Dominguez, Manuel**  )
**Sudsky, Lauren**  )
**Colvil, Eric**  )
**Piñero, Justin**  )
**Martinez, Wanda**  )
**Sierra, Luis**  )
**DeLeon, David**  )
**Patanio, Angela**  )
**Arnaud, Chris**  )
**Mancuso, Neil**  )
**Pollock, Jennifer**  )
**Nurse, Robert**  )
**Andino, Raymond**  )
**Mahoney, Michael**  )
**Michel, Leon**  )
**Telleria, Troy**  )
**Barzilay, Oren**  )
**Burwell, Tyisha**  )
**Tammaro, Antonio**  )
**Fernandez, Martin**  )
**Almestica, Anthony**  )
**Sedeniussen, Eartha**  )
**Martin, Alexander**  )

**Stryleer, Daniel**                              )
**Hardcastle, Luke**                              )
**Cruz, Gina**                                    )
**Caal-Soberanis, Edgar**                         )
**Acevedo, Miguel**                               )
**Balslov, Kevin**                                )
**Chin, Cynthia**                                 )
**Trinidad, Rafael**                              )
**Placido, Ivan**                                 )
**Alejo, Ashley**                                 )
**Walters, Maurice**                              )
**Jurcsak, Daniel**                               )
**Bellido, Gina**                                 )
**Umpierre, Heidi**                               )
**Magro, Nicholas**                               )
**Kim, Danny**                                    )
**Montano, Bianca**                               )
**Farnum, Dachary**                               )
**DeRaimo, Leo**                                  )
**Johnson, Chauncey**                             )
**Fiske, Charles**                                )
**Troeber, Timothy**                              )
**Delgado, Ricky**                                )
**Hutchinson, Heather**                           )
**Torres, Yelitza**                               )
**Orlando, George**                               )
**Mansour, John**                                 )
**Clavel, Steve**                                 )
**Carbone, Mary Ellen**                           )
**Ferrara, Salvatore**                            )
**Jakob, Jared**                                  )
**Ymeraj, Skerdi**                                )
**Macana, Keith**                                 )
**Rodriguez, Christina**                          )
**Celentano, Vincont**                            )
**Caiozza, Salvatore**                            )
**Levi, Avia**                                    )
**Santero, Keith**                                )
**Buttermark, Alexis**                            )
**Loutsky, Alexander**                            )
**Burbano, George**                               )
**Starace, Douglas**                              )
**Turturici, Salvatore**                          )
**Ireland, Wendi**                                )
**Wisniewski, Jason**                             )
**Martucci, Robert**                              )

**McCue, Ronald** )
**Brown, Don** )
**Ryoo, Daniel** )
**Fregonese, Michael** )
**Fiorillo, Andrew** )
**DiFiore, Kevin** )
**Sepulveda, Joel** )
**Morales, Jose** )
**Crutchfieco, Christopher** )
**Keene, Matthew** )
**Jimenez, Daril** )
**Brandt, Frederick** )
**Furuta, Kenshin** )
**Small, Trent** )
**Gonzalez, Luis** )
**Carroll, Mark** )
**Hornbrook, Steven** )
**Knowles, Albert** )
**Arias, Johel** )
**Rivera, Josiah** )
**Thomas, Swain** )
**Duffy, Jessica** )
**Orsini, Crystal** )
**Liberman, Robert** )
**Saez, Dolores** )
**Rodriguez, Rema** )
**Miller, Matthew** )
**Sepulveda, Gilbert** )
**Altidor, Jean** )
**Sutherland, Jason** )
**Mboh, Daniel** )
**Jugenheimer, Philip** )
**Barone, Maryann** )
**Martinez, Emilio** )
**Brockington, Keisha** )
**Birnbaum, Franklyn** )
**Catello Jr., Nicholas** )
**Schister, Doug** )
**Restrepo, Pauline** )
**Wylie, Joshua** )
**Farrell, Joseph** )
**Hernandez, Brendon** )
**Bonifacio, Ferdinand** )
**Cadet, Christell** )
**Sanclemente, Aura** )
**Lees, Warren** )

**Maisonave, George**                              )
**Betancourt, Christopher**                        )
**Wasniewski, Andrew**                             )
**Kellner, Nathan**                                )
**Matonis, Michael**                               )
**Cirikovic, Amela**                               )
**Johnson, Michael**                               )
**Maisonneave, Ralph**                             )
**Rufrano, Paul**                                  )
**Napoleon, Emmanuel**                             )
**Rampersad, Vijay**                               )
**Peterson, Craig**                                )
**Potito, Victor**                                 )
**Crews, Robert**                                  )
**Rivera, Cynthia**                                )
**Schoening, Vanessa**                             )
**Andrade, Wallace**                               )
**Pierce, Christopher**                            )
**Santora, Kathleen**                              )
**Wischerth, Chris**                               )
**Triolo, Michael**                                )
**D'Souza, Ian**                                   )
**Morrissey, Brian**                               )
**Rogen, John**                                    )
**Pfeiffer, Megan**                                )
**Vien, Ricky**                                    )
**Lim, Justin**                                    )
**Fazzino, Joseph**                                )
**Checo, Francisco**                               )
**Yim, Jae**                                       )
**Xiang, Weikai**                                  )
**O'Neil, Michael**                                )
**Marshall, Kimberley**                            )
**Cox, Zache**                                     )
**Chan, Chin-Shan**                                )
**Russo, Alison**                                  )
**Josten, Paula**                                  )
**Morgana, Jennifer**                              )
**Freeman, Angela**                                )
**Geldard, Sarah**                                 )
**McCray, Angela**                                 )
**Usherenko, Vitaly**                              )
**Carney, Patrick**                                )
**Castiblanco, Sidney**                            )
**Canales, Yaniri**                                )
**Bedoya, Leonardo**                               )

Stewart, David                    )
Hernandez, Samuel                 )
Mateo, Jacqueline                 )
Graham, Devon                     )
Ciaban, Anthony                   )
Ye, Wenda                         )
Cascio, Sergio                    )
Mendez, Thomas                    )
Moldovan, Felix                   )
DaGrossa, Donna                   )
Zero, Anthony                     )
Seaton, Oneilia                   )
Anderson, Michele                 )
Salim, Salim                      )
Ortiz, Jose                       )
Newman, Kenneth                   )
Culcay, Adrian                    )
Moog, Edith                       )
Veratudela, Valerie               )
Martinez, Luis                    )
Vannata, Hilda                    )
Reese, Clement                    )
Garcia, Dionisio                  )
Julien, Winsley                   )
Gonzalez, Enrique                 )
Cruz, Jessica                     )
Batista, Renata                   )
Munoz, Ivan                       )
Condon, Michael                   )
Richardson, Tania                 )
Drebskaya, Yanina                 )
Cashman, David                    )
Reyes, Nemesio                    )
Galagarza, Andy                   )
Chin, Brandon                     )
Tier, Robert                      )
Brandon, Marcus                   )
Zuniga, Roy                       )
Sullivan, Michael                 )
Devlin, Margaret                  )
Clarke, Melvin                    )
Arroyo, Yadira                    )
Nelson, Moses                     )
Clarke, Edward                    )
Almojera, Anthony                 )
Persaud, Arthur                   )

**Pilliza, Carlos** )
**Scott, Jasmin** )
**Daur, Brian** )
**Muniz, John** )
**St. Hubert, Donald** )
**Mora, Victor** )
**Yu, Joseph** )
**Bockwoldt, Peter** )
**Rivera, Pablo** )
**Singh, Suchingh** )
**Lopez, John** )
**Tanis, Patricia** )
**Renta, Katherine** )
**Braun, Charles** )
**Larow, Paul** )
**Gonzalez, Edwin** )
**Matthews, James** )
**Ba, Babacar** )
**Henry, Amanda** )
**Weaver, Maggi** )
**Partch, Tayreen** )
**Geiser, Bruce** )
**Peters, Kelly** )
**Campolo, Cassandra** )
**Ubiles, Linda** )
**Lolk, Darren** )
**Besemer, David** )
**Arache, Jean Carlos** )
**King, Roderick** )
**Mark, David** )
**Egan, Shauna** )
**Baker, Carl** )
**Dejesus, Gonzalo** )
**Magas, Patricia** )
**Cellazo, Angel** )
**Morrone, Kevin** )
**Cassisi, Joseph** )
**Guerilus, Kendall** )
**Acosta, Jorge** )
**Pelicano, Joseph** )
**Henry, Vaughn** )
**Watts, Lelieth** )
**Wong, Dennis** )
**McCoy, Kwanza** )
**Santos, Kelly** )
**Burgess, Kathleen** )

Jackson, Cosmo                          )
Westervert, Edward                      )
Sapienza, Frank                         )
Caputo, Michael                         )
Harris, Christopher                     )
Clark, Michael                          )
Alvia, Allen                            )
Akerberg, Thomas                        )
Fiebert, Sherri                         )
Acevedo, Jason                          )
Hecker, Lori                            )
Edwards, Ahmad                          )
Sale, Anne                              )
Lucks, Jordan                           )
Marrone, Richard                        )
Finneran, Michael                       )
Ramos Jr., Gilbert                      )
Broughton, Shawn                        )
Durkin, Thomas                          )
Perez, Jose                             )
Fernandez, Daniel                       )
Ulrich, Michael                         )
Coleman, Trevor                         )
Willets, Heather                        )
Urena, Victor                           )
Trugman, Adam                           )
Gomez, Henry                            )
Drizis, Catherine                       )
Kozack, Dana                            )
Moy, Steven                             )
Schaaf, Daniel                          )
Schurig, Woody                          )
Valencia, Juan                          )
Riccardi, Rocco                         )
DeResto, Jessica                        )
Borbee, Eric                            )
McCarthy, Sean                          )
Rivera, Brian                           )
Cunningham, Owen                        )
Castro, Lee                             )
Tario, Edwin                            )
Acosta, Pedro                           )
Qugley, Kim                             )
Wahlster, Klara                         )
Arsenault, Pietro                       )
Rehberger, Dennis                       )

Griffel, Jeremy                          )
Ramos, Victor                            )
LeGiudice, Kyle                          )
Rivera, Jonathan                         )
Lampon, George                           )
Amoithe, Steven                          )
Straussberg, Bo                          )
Mellon, Debbie                           )
McCormack, Brendan                       )
Maldonado, Mario                         )
Silvestry, Wilfredo                      )
Vanderpool, Leo                          )
Washack, Jonathan                        )
Levoce, Maria                            )
Klein, Yonatan                           )
Celestri, Steven                         )
Lehmann Jr., William                     )
Midgett, Joshue                          )
Baijnauth, Anthony                       )
Aziz-Lopez, Barbara                      )
Blades, T'Nai                            )
Schaal, Ronald                           )
Arroyo Jr., Hector                       )
Morales, Julie                           )
DeSena, Lisa Ann                         )
Colon, Hiram                             )
Schildgen, Allen                         )
Goris, Rafael                            )
Siff, Jacqueline                         )
Garcia, Leonore                          )
Negron, Steven                           )
Schmidt, Toni                            )
Carlson III, John                        )
Hannigan, Jennifer                       )
Hydock, Bruce                            )
Lee, Shijae                              )
Springer, Eon                            )
Chan, Kai                                )
Lebowitz, Michael                        )
Scharf, Andrew                           )
Ansu, Thomas                             )
Miller, Michael                          )
Miller, Steven                           )
Wilson, Rohan                            )
Mazur, Mark                              )
Fazziola, Kimberly                       )

| | |
|---|---|
| Nocerino, Joseph | ) |
| Romps, Michael | ) |
| Elkadi, Alicia | ) |
| Quevedo, Fabiola | ) |
| Sangenti, Salvatore | ) |
| Koewke, Michael | ) |
| Weissman, David | ) |
| Zacariaz Jr., Jose | ) |
| Harrilal Polanco, Mala | ) |
| Bell, Leisha | ) |
| Canham, Kelly | ) |
| Pasterak, Francis | ) |
| Mondello, James | ) |
| Glover, John | ) |
| Parks, Elizabeth | ) |
| Campbell, Omar | ) |
| Gipson, Linette | ) |
| Fougere, Nelida | ) |
| Vanchoff, David | ) |
| Walston, Wayne | ) |
| Troisi, Onofrio | ) |
| Savoca, Darryl | ) |
| Vargas, Lee | ) |
| Griffin, Christopher | ) |
| Garcia, Jenice | ) |
| Blelis, Nadra | ) |
| Perez, Eddy | ) |
| Diaz, Moussa | ) |
| Honore, Gary | ) |
| Schneider, Keith | ) |
| Torres, Peter | ) |
| Besson, Rudolf | ) |
| Reyes, Diana | ) |
| Bilardello, Peter | ) |
| Bernstein, Jennifer | ) |
| Lako, Douglas | ) |
| Chasan, Steven | ) |
| Smith, Stephen | ) |
| Ramos, Mildred | ) |
| Santiago, Bobby | ) |
| Riccbono, Daniel | ) |
| Ullman, Michael | ) |
| Cavill, William | ) |
| Restko, Joann | ) |
| Smith, H. Carlton | ) |
| Gerdts, Brian | ) |

McLarren III, Charles                    )
Salmoiraghi, Rudaina                     )
Baer, Robert                             )
Semper, Jozette                          )
McNeal-Johnson, Tracy                    )
Rueda, Maria                             )
Delfino, Tanya                           )
Perez, Ariadne                           )
Betty, Keira                             )
Moy, Emily                               )
Funaro, Bruce                            )
DeSarno Jr., Fredric                     )
Batiancela, Toni Ann                     )
Matthius, James                          )
Studholme, Tess                          )
Sosa, Nicole                             )
Flood, Shelley                           )
Tichman, Beth                            )
O'Sullivan, Brendan                      )
Bonilla, Gamaliel                        )
Laloi, Pierre                            )
Denson, Robert                           )
Basantes, Adrian                         )
Ryan, Nicholas                           )
Cousar, Sherri                           )
Camacho, Maria                           )
Mowbray, George                          )
Schupak, Shraga                          )
Farrow, Ronell                           )
Lampon, Jeannette                        )
Cesar, Pierre                            )
Collazo, Tiffany                         )
Ho, Vincent                              )
Leonard, Gloria                          )
Carter, Michelle                         )
Vega, Angel                              )
Spainek, Lauren                          )
Bilal, Hermien                           )
Smith, Rosalie                           )
St. Louis, Jean Max                      )
Pringle, Edna                            )
Shaheed, Ayesha                          )
Nesbitt, Lisa                            )
Gaskin, Alfredo                          )
Desmedt, Peter                           )
Parris, Renne                            )

**Dixon, Nicole**                                   )
**Patterson, Betty**                                )
**Salas Jr., Nicolas**                              )
**Guerrero, Francisco**                             )
**Drakeford, Tanya**                                )
**Romero, David**                                   )
**Denys, Carlos**                                   )
**Peralta, Juan**                                   )
**Yepez, Maria**                                    )
**Derico, Anthony**                                 )
**Watts, Regina**                                   )
**Billingslea-Hinkson, Shandra**                    )
**Burton, Jacqueline**                              )
**Brehon, Jane**                                    )
**Lalima, Michael**                                 )
**Anchundia, Davi**                                 )
**Rivera, Nelson**                                  )
**Dufort, Patricia**                                )
**Fanfair-Simon, Erin**                             )
**Hilman Payne, Joann**                             )
**Pearcy, Donald**                                  )
**Calva, Elizabeth**                                )
**Ortiz, Jasmin**                                   )
**Pearce, Edward**                                  )
**Ford, Evelyn**                                    )
**Castro, Daynar**                                  )
**Santana, Rosuna**                                 )
**Martinez, Jose**                                  )
**Hibbert, Louise**                                 )
**Frckovski, Vlado**                                )
**Nichols, Rosamarie**                              )
**Robinson, Nathan**                                )
**Oguendo, Barbara**                                )
**Rivera, Jose**                                    )
**Hinton, Tyiesha**                                 )
**Perez, Carlos**                                   )
**Copeland, Theodore**                              )
**Belvedere, Michael**                              )
**Rosado, Jason**                                   )
**Colon, Alfred**                                   )
**Mitchell-George, Melonie**                        )
**Olivier, Edson**                                  )
**Torrisi, Amanda**                                 )
**Webster, David**                                  )
**Frangella, Kristina**                             )
**Hasan, Sajid**                                    )

Schwartz, Herman )
Munoz, Daniel )
Fitts, Brendan )
Azevedo, Carlos )
Randolph, Eric )
Lunden, Jessica )
Coll-Martinez, Andres )
Geiger, Maria )
DeAntonio, Rodolfo )
Keating, William )
Waterman, Dawnette )
Mangan, Shafeeza )
Chrisco, Clyde )
Navedo, Emilio )
Baumann, Raymond )
DeFrancesco, Chris )
Mastros, Marc )
Crutch, Robert )
Murray, Tanya )
Kammerman, Herbert )
Anderson, Courtney )
Romeo, Joseph )
Imperato Jr., John )
Colon, Leslie Ann )
Laurenthal, Steve )
Richardson, Shayssa )
Quinones, Pedro )
Celaya, Kayla )
Paige, Tammy )
Tucker, Amaziah )
Edwards, Francina )
Carroll, Betty )
Mathieu, Michelange )
Morales, Michael )
Jute, Chris-Robert )
Nina, Miguel )
Ortega, Ricardo )
Pryce, Andrea )
Guedes, Adriano )
Nesbitt, Lisa )
Williams, William )
St. Jean, Alexandra )
Dere, Erin )
McGuire, Joseph )
Mendez, Myrna )
Walker, Daniel )

**Lopatine, Vadim** )
**Williams, Tara** )
**Nichols, Guy** )
**Mejias, Michael** )
**Abril, Roberto** )
**Siciliano, Joseph** )
**Rothman, Jonathan** )
**Bedassie, Netta** )
**Soorham-Castro, Sandra** )
**Schiaffo, Michael** )
**Levine, Brett** )
**DeVaynes, Kathleen** )
**Avellino, Linda** )
**Brager, Johana** )
**Rivera, Marcella** )
**Goodman, David** )
**Roman, Christopher** )
**Namio, Salvatore** )
**D'Angelo, Mary** )
**McCoy, Stephenson** )
**Seddio Jr., Rodolfo** )
**Cruz, Emilio** )
**Gwillym, James** )
**Keren, Ofir** )
**Gonzalez, Raymond** )
**Miller, Tommie** )
**Tome, Mark** )
**Lugo, Joshua** )
**Sutherland, Joshua** )
**Kohut, Anthony** )
**Bonet, Richard** )
**Loperena, Richard** )
**Lewis II, Ormond** )
**Jackson, Curtis** )
**Lizcano, Carlos** )
**Wyggand, Kristin** )
**Chenkin, Stuart** )
**Khurin, Yuriu** )
**Carlo, Robert** )
**Rivera, Agatha** )
**Tortorici, Anthony** )
**Kong, Jing** )
**Petersen, Ryan** )
**Palmigiano, Anthony** )
**Karasik, Edward** )
**Smith, John** )

Stewart, Cindy                          )
Alicea, Richard                         )
Rodriguez, Emmanuel                     )
Graziano, William                       )
Von Westerhhagen Jr., Keith             )
Samerson, Hugh                          )
Toomey, Michael                         )
Kim, Min                                )
Ubiles, James                           )
Heegan, William                         )
Medina, Hector                          )
Gonzalez, Jaime                         )
Mink, Thomas                            )
Muthekuderarachi, Don                   )
Johnson, Michael                        )
McNamarn, Stephen                       )
Searles, Joseph                         )
Kaplan, Aleksandr                       )
Williams, Justice                       )
Cumberbatch, Michael                    )
Hayes, Krystal                          )
Doirin, Choeynlyn                       )
Cinetti, Todd                           )
Blake, Brent                            )
McBride, Ebony                          )
Robinson, Ashanti                       )
Dennis, Adrian                          )
Baptiste, Johnsy                        )
Printy, Robin                           )
Johnson, Mark                           )
Weisman, Rebecca                        )
Becker, James                           )
Hudson, Donald                          )
Pasterak, Sharon                        )
Frawley, Katherine                      )
Cross, Conrad                           )
McCabe, James                           )
Serafa, Steven                          )
LaRock-Trail, Yvonne                    )
Muhammad, Karima                        )
Gandolfo, Carl                          )
Rivera, Ariel                           )
Floyd, Ronald                           )
Nichols, Jeffrey                        )
McLune, Tyrone                          )
Miller, Latisha                         )

Camejo, Zaith                        )
Ellis, Doraun                        )
Knowles, Kerone                      )
James-Raju, Sonia                    )
Grassia, Kyle                        )
Ruiz, Edward                         )
Cengiz, Cemal                        )
Perez, Tina                          )
Gonzalez, Stephan                    )
Darnowski, Kevin                     )
Murphy, Ryan                         )
Winik, Asher                         )
Dinh, Trinh                          )
Legall, Marie                        )
Rizzieri, Elda                       )
Page-Walthrus, Nyla                  )
Baez, Raul                           )
Thompkins, Mario                     )
Dussuan, Michael                     )
Khriyeuko, Pavel                     )
Salmoiraghi, Richard                 )
Leo, William                         )
Madera, Juan                         )
DelValle, Alicia                     )
Laljeit, Monica                      )
Malo, Pedro                          )
Medina, Francisco                    )
Burgos, Daniel                       )
Segovia, Jr., Andres                 )
Joseph, Alexis                       )
Cassa, Diana                         )
Stabile, Mark                        )
RamJas, Ryan                         )
Stein, Hillel                        )
Walker, Niecia                       )
Brathwaite, Joel                     )
Smythe, Garfield                     )
Fanning, Kevin                       )
McDonald, David                      )
Vega, Diocar                         )
Aviles, Melinda                      )
Aviles, Lido                         )
Taitt, Seon                          )
Serrano, Betzaida                    )
Kernizan, Vladimir                   )
Santini, Tameca                      )

Daly, Michael )
Jack, Aman-Re )
Santiago, Ramon )
Machado, Richard )
Watts, Richard )
Hernandez, Cristobal )
Davius, Sorffly )
Villanueva, Anthony )
Villanueva, Marilin )
Olivo, Gerson )
Withworth, Treuton )
Radovic, Eddie )
Rivera, Matthew )
Negri, Allesandro )
Rivas, Ramses )
Uzcategui, Silvana )
Ruiz, Joseph )
Ramjas, Ryan )
Aimable, Gregory )
Olivo, Arelis )
Persad, Anthony )
Valenzuela, Maria )
Martinez, Kenneth )
Harris, Darren )
Charboneau, Pierre )
Steinle, Glenn )
Losquadro, Jr., Joseph )
Torres, Fausto )
Moreland, Julie )
Fitzpatrick, Daniel )
Lindie, Aubrey )
Le, Andy )
Smith, Ian )
Rios, Anthony )
Aviles, Freddy )
Butt, Evan )
McKenzie, Barbara )
Bittar, Timothy )
Daly, Joseph )
Scaccio, Rich )
Mahoney, Sean )
Ryan, Brendan )
Cherilus, Jefferson )
Hyppolite, Rudy )
Hastings, Kelly )
Gonzalez, Jason )

**Gutleizer, Shaya** )
**Graterol, Blauri** )
**Coyne, Ronald** )
**Hospedales, Michael** )
**Watson, Elizabeth** )
**Lau, Terence** )
**Boyle, Justin** )
**Anderson, Xavier** )
**Seabra, Joad** )
**Tobin, Jennifer** )
**Baker, Isaiah** )
**Morel, Diego** )
**Medina, Freddy** )
**Sidtis, Ann-Marie** )
**Rock, Latoya** )
**Yusupov, Roman** )
**Yagudayev, Gedion** )
**Clark, Keith** )
**Estella-Rivera, Nataly** )
**Johnson, Tosha** )
**Rasheed, Aziza** )
**Thompson, Michael** )
**Yearwood, Deanna** )
**Razenson, William** )
**Guerrero, Luis** )
**Nelson, Kristofor** )
**Bradshaw, Ian** )
**Nieves, Mailyn** )
**Santos, Kelvin** )
**Cavaliere, James** )
**Cosme, Leila** )
**Waldrop, Nicholas** )
**McHugh, James** )
**Kiselilik, Sergiy** )
**Duguid, Kinessa** )
**Collier, Darrell** )
**Medina, Rafael** )
**Panton, Delphena** )
**Furguson, Dwight** )
**Primo, Kalis** )
**Welch, Nicholas** )
**Marullo, Anthony** )
**Jerome, Marcus** )
**Nurslov, Marat** )
**Cortes, Gary** )
**Rodriguez, Oshiamara** )

Mack, Ronald                    )
Hunter, Oneil                   )
Paige, Sharay                   )
Young, Aaron                    )
Carpenter, Stephen              )
Laporte, Jeffrey                )
Charles, Stephanie              )
Guirand, Jr., Roland            )
Andrew, Somaiah                 )
Signer, Edmund                  )
White, Liona                    )
Chatman, Tawana                 )
Ronay, Zarina                   )
McCoy, Sophia                   )
Sochor, William                 )
Weeks, Lauren                   )
Curtis, Dylan                   )
Gagliano, John                  )
Burke, Jeffery                  )
Brathwaite, Victor              )
Schwager, Charles               )
Carr, Gerald                    )
Irizarry, Melissa               )
Kemp, Sikinia                   )
Duque, Susanne                  )
David, Kerry                    )
Gjyrezi, Erlis                  )
Saks, Brian                     )
Walsh, Ryan                     )
Alleyne, Shanice                )
Pignataro, Leslie               )
O'Keefe, David                  )
Hubbard, Morris                 )
Warmhold, Kristen               )
Schultz, Michael                )
Maneri, Vincent                 )
Jones, Brenda                   )
Cory, Tamarah                   )
Hutchinson, Showin              )
Jones, Andre                    )
Babb, Roxie                     )
Mulroy, Brendon                 )
Lopez, Luis                     )
DeSantis, Brian                 )
Harnarain, Rajindra             )
Scarinz, Steven                 )

Mattocks, Dorthea )
McGee, James )
Silas, Kenneth )
Forster, Christine )
Cavanna, Keisha )
Bogle, Kenneth )
O'Farrell, Joseph )
Francis, Oral )
Imperial, Corey )
Tiedge, Kristopher )
Wilson, Diana )
Torre, Felipe )
Beitel, Jared )
Marin, Louis )
Graves, Razgiem )
Roman, Marcelino )
Cameron, Rose-Marie )
Sharma, Ajay )
White, Alwain )
Mallette, Christopher )
Broome, Jonathan )
Palmer, Lamar )
Griffin, Shavar )
Mangrella, Ralph )
Jennings, Kevin )
Ara, Christopher )
Saint-Surin, Louis )
Berrios, Robert )
Gonzalez, Adi )
Phillips, Timothy )
Forrest, Shauna )
Hodges, Chalako )
Liz, Krystle )
Saint-Diz, Kevin )
Remon, Roberto )
Nakouzi, Rodrigo )
Specht, Sophie )
Specht, Christopher )
Reggler, Giovanni )
Velez, Elvis )
Hargott, Michael )
Jordan, Ian )
Van De Mark, Joseph )
Dwyer, Jason )
Muller, Ludmila )
Jones, Vanchella )

Lichtman, Joseph )
Rivera, Peter )
Naseem, Kanwal )
Pellot, Carmen )
Chen, Dennis )
Wilson, Brian )
Calhoun, Tracy )
Wade, Jessica )
Nathanson, Ari )
Donaldson, Justin )
Buder, Christopher )
Khan, Steven )
Compere, Weber )
Abramav, Iller )
Singleton, Sherry )
Terranova, Anthony )
Jackson, Melissa )
Colon, Joseph )
Mercado, Jason )
Mueses, Jessibell )
Warr, William )
Ramirez, Angel )
Gospodinov, Peter )
Frantzen, Peter )
Gordon, Rolando )
Biscuiti, Coary )
Murphy, Joseph )
Vega, Jessica )
Prentice, Erma )
McLean, Shane )
Farrara, Thomas )
Chowdhury, Nazbi )
Warren, Othaniel )
Ramos, Andrew )
Kelly, Michael )
Fink, Kenneth )
Miranda, Maria )
Kim, Namwu )
Forde, Vicki )
DaSilva, Catarina )
Guy, Cecil )
Krakower, Elyse )
Moynihan, Daniel )
Rodriguez, Jr, Alfredo )
DeCosta, David )
Bohn, Christopher )

Tavernite, Dennis )
Fanelli, Vincent )
Keegan, Daniel )
Byrd, Alex )
Jimenez, Joshua )
Lugo, Tanya )
Hunt, Mark )
Ford, Karen )
Otero, Ricardo )
Pione, James )
Trace, Robert )
Smith, Michael )
Broccoli, Lauren )
Porcello, Paul )
Jankowski, Jr., Thaddeus )
Aron, Benzion )
Fennell, Daniel )
Paulino, Siul )
Hui, Gary )
McKeithen, Daja )
Sugden, John )
Vassios, John )
Solano, Dennis )
Partiola, Christopher )
Vargas, III, Joseph )
McKean, Lucas )
Holzberg-Pill, Shoshana )
Elvy, Danny )
Araujo, Joseph )
Aran, Stephen )
Duffus, Christopher )
Schramm, Michael )
Torres, Madeline )
Ortiz Arredondo, Sileiza )
Lynch, Paul )
Appel, Nicholas )
DeGroot, Angela )
Haraburda, Cezary )
Toral, Dennis )
Roshwi, Bushra )
Latkovic, John-Phillip )
Mejia, Jonathan )
Ginobbi, Joseph )
Chan, Wilson )
Hix, Eileen )
DeLeon, Robert )

Pozino, Dino                        )
Schmidt, Amanda                     )
Seaberry, Richard                   )
McGrath, Sean                       )
Sierra, Daniel                      )
Lehmann, Carol                      )
Conway, Lucy                        )
Ronda Martinez, Marisel             )
Scott, Lavell                       )
Santillo, Justin                    )
Khan, Rehan                         )
Sotomayor, Bryan                    )
Stadler, Jeremy                     )
Thomas, Shawn                       )
Tanis, Rodrigue                     )
Tumer, Mahaujah                     )
Thompson, Kavon                     )
Pariona, Dangello                   )
Maratore, Marc                      )
Richards, Kenneth                   )
Panaso, Daniel                      )
Mazzola, Michael                    )
Mondo, Evangelo                     )
Rissoon, Steven                     )
Kornberger, Michael                 )
Logan, Patrick                      )
Hernandez, Leandro                  )
Herrera, Ocean                      )
Hernandez, Camilo                   )
Mele, Christian                     )
Miller, Stacie                      )
Hagemann, Christopher               )
Fennell, Michael                    )
Dikiy, Artem                        )
English, Dylan                      )
Marin, Andres                       )
Frohnhoeffer, Jonathan              )
Martin, Felicitas                   )
Clark, James                        )
Connors, Joanna                     )
Collazo, Amanda                     )
Chen, Zhen                          )
Gallo, Anthony                      )
Garcia, Kahmil                      )
Guglielmo, Tiana                    )
Goncalves, Jonathan                 )

Hoyos, Bryan                          )
Jones, Andrew                         )
Kats, Nataliya                        )
Jean, Anthony                         )
Avilez-Chavez, Mario                  )
Ceballos, Ivan                        )
Akowe, Kunle                          )
Aberra, Yosef                         )
Maisonave, Peter                      )
Yepez, Jefferson                      )
Schabauer, Conrad                     )
McKeon, Charles                       )
Pierre-Louis, Andre                   )
Finnell, James                        )
Cange, Jerry                          )
Connell, Danielle                     )
Whynn, Fredrick                       )
Munch, Deborah                        )
Daly, Ryan                            )
Khan, Jawed                           )
Moise, Gladimyr                       )
Hattan, Kimberly                      )
Laurino, Frank                        )
Banton-Leigh, Jillian                 )
Brough, Kathleen                      )
Flanagan, Brian                       )
Ortiz, Joel                           )
Ally, Farouk                          )
Follins, Monique                      )
Vasquez, Joseph                       )
Berroa, Richard                       )
Lewis, Maurice                        )
Greco, Deborah                        )
Li, Randy                             )
McCormack, Michael                    )
Dunes, Ellis                          )
Capers, Tyrone                        )
Badillo, Benjamin                     )
Nappi, Francis                        )
Donnelly, Mark                        )
Rahman, Rezavro                       )
Virgile, Jennifer                     )
Clunes, Ryan                          )
Mucci, Nicole                         )
Henriquez, Juan                       )
Paulino, Anthony                      )

**Peguero, Christian** )
**Kilroy, Brian** )
**Husak, Joe** )
**Soler, Teresa** )
**Forcenito, Christopher** )
**Johnson, Ronald** )
**Cruz, Rebecca** )
**Byrd, Keshica** )
**George, Ian** )
**Wit, Maggie** )
**Porgrebinsky, Bernard** )
**Ragaglia, Stephen** )
**Lozano, Melvin** )
**NG, Jeanne** )
**Stanley, Shakir** )
**Melas, Alexander** )
**Mueller, Louanne** )
**Busa-Farkas, Evangelo** )
**Arias, Jose** )
**Melas, Michael** )
**Wilding, Samantha** )
**Marsango, Sarah** )
**Reyes, Carlos** )
**Taylor, Alvin** )
**Riffey, Katherine** )
**Hayter, James** )
**Flemming, Lee** )
**Constantino, Gus** )
**Acevedo, James** )
**Lejarde, Katty** )
**Caballero, Giovanna** )
**Moran, Michael** )
**Wyche, Jalen** )
**Rhaburn, Alvin** )
**Cancetty, TeriAnn** )
**Bao, Xiaotian** )
**Curry, Peter** )
**Rosado, Carin** )
**Bronshtegn, Artur** )
**Epshteyn, Nolan** )
**Robalino, Giannella** )
**Contreras, Julio** )
**Pagan, Michael** )
**Liskowitz, Christina** )
**Cuccio, John** )
**Perrotta, Patrick** )

Brandstetter, Joseph )
Watcher, Eric )
Mazzarella, Vincent )
Gallagher, Kurt )
Reeve, David )
Correa, Miguel )
Aryeh, Robert )
Nerone, Vincent )
Borriello, Michael )
Wright, Letasha )
Marthane, Harry )
Applewhite, Nkosi )
Valverde, Adriana )
Benjamin-Bernstein, Joshua )
Flood, Kevin )
Williams, Delano )
Torres, Myra )
Torres, Roberto )
Aurelien, Alexandra )
Valdes, Joshua )
Harris, Russell )
Garcia, Christian )
Bacchus, Lynn )
Soden, John )
Mendez, Oslen )
Falcon, Yvette )
Edwards, Laitrice )
Otero, Peter )
Healy, Raymond )
Lopez, Diana )
Brauner, William )
Logue, Peter )
Torres, Neil )
Canter, Joy )
Conklin, Michael )
Kwok, Josephine )
Irizarry, Irma )
Morales, Isaiah )
Victor, Rachel )
Sanchez, Charles )
Caban, Ismael )
Montalvo, Louis )
Perz, Elizabeth )
Meinen, Marian )
Cappock, Richard )
Dellova, Vincent )

Chambers, David                          )
Rodriguez, Jasmine                       )
Ahmetaj, Hashie                          )
Mitchell, Shanna                         )
McCoy, Martina                           )
Alvarez, Jimmy                           )
Avila-Hyde, Jesan-Michael                )
Lewis, Richard                           )
Fitch, Josh                              )
Acosta, Wilbert                          )
Rosati, John                             )
Cordero, Henry                           )
Walsh, Michael                           )
Sanchez, Michael                         )
Tacopino, Nicholas                       )
Daly, Christopher                        )
Cucinelli, Mary                          )
LaRay, Kevin                             )
Roddy, John                              )
Tortorielli, Stephen                     )
Arnold, Miriam                           )
Dixon, Edward                            )
Thorsen, Steven                          )
Colamarino, Craig                        )
Gayle, Michael                           )
Catillo, Nicholas                        )
Boris, Thomas                            )
Cielto, Anastasius                       )
Barningham, Ethan                        )
Acosta, Bernadette                       )
Reyes, Favio                             )
Nunez, Andy                              )
Byrns, James                             )
Mendonca, Dewey                          )
Spinelli, Joseph                         )
Rivas, Dan                               )
Harrison, Noel                           )
Kripalani, Andoreana                     )
Bremen, James                            )
Seebrat, Michael                         )
Doremus, George                          )
Gaw, Alfredo                             )
Wasyl, Raymond                           )
DelSorbo, Michael                        )
Ortiz, Jr., Richard                      )
Randazzo, Sean                           )

Scanlon, Peter )
McDonald, Ashley )
Yu, Anlo )
Sprofera, Alexander )
Hammad, Ali )
Lovegren-Boyle, Kristin )
Maikels, Allen )
Demeester, Michael )
Galicia, Outes )
Yu, Kenny )
PierGiovanni, Joseph )
Druse, Saledad )
Mignano, Michael )
Valenzi, Robert )
Lee, Hyo )
Touati, Mourad )
Mahoney, Christopher )
Rest, Scott )
McGregor, Keith )
Segot, Joseph )
Cheng, Kenny )
Meyer, Michael )
Alvarez, Bridget )
Rivera, Jenelle )
Ramirez, Edgar )
Laskowski, Richard )
VilleJoint, Mario )
Murray, Lavern )
Torres, Camalia )
Stokes, Melvin )
Schettino, Emile )
Santos, Sharon )
Branch, Jesse )
Valenta, Chez )
Fernandez, Samuel )
Reiner, Andrew )
Romanl, Christopher )
Beltram, John )
Cruz, Joe )
Harris, Keesha )
Moran, Brian )
Torres, Thomas )
Edrehi, Anthony )
Golino, Erica )
Bliss, Conor )
Berrios, Victor )

Meringolo, William )
Cadotte, John )
O'Neil, Patrick )
Molina, Syndie )
Sorzocinski, Magdalena )
Villaverde, Guillermo )
Frantz, Oriol )
Barbour, Daniel )
Miranda, Andres )
Dougherty, Kevin )
Vasquezaldana, Joseph )
Rivera, Marco )
Wu, Ming Ze )
Dyckman, Karl )
Entwisle, Watson )
Chatelain, Jerry )
Li, Ron )
Martinez, Francisco )
Echevarria, Christopher )
Shipley, Brendan )
Malinay, Orlando )
Trinidad, Jose )
Floyd, Greg )
Carrion, Jason )
Janis, Timothy )
Cassano, Joseph )
Stern, Adam )
Falcone, Jason )
Gruarin, Eric )
Cruz, Allen )
Khalef, Alexander )
Paulino, Michael )
Yen, Andrew )
Gaengan, Japhet )
Vasquez, Leonides )
McCauley, Sean Kelly )
Gibor, Edison )
Fonseca, Bruce )
DiGivlio, Matthew )
Bartels, Jason )
Gref, Ryan )
Rodriguez, Yesenia )
Pine, Christopher )
Kowalski, David )
Matthews, Shawn )
Companion, Gregory )

Gilbert, John                              )
Feintuch, Harvey                           )
Curatolo, Michael                          )
Fredette, Robert                           )
Kupferberg, Franklin                       )
Wong, Danny                                )
Acosta-Rayos, Elizabeth                    )
Spooner, David                             )
Santiago, Nilda                            )
Aguirre, Aaron                             )
Staubitser, Thomas                         )
Wong, Kam                                  )
Perez, Jr., Miguel                         )
Reitzen, Kevin                             )
Chan, Marvin                               )
Parisi, Joseph                             )
Santos, Ricardo                            )
Katsanakos, Andrea                         )
Gomez, Alexander                           )
Barrow, Granger                            )
Waring, Marcus                             )
Corso, Antonino                            )
Daniels, Jr., Eugene                       )
Thomas, Kimera                             )
Reisenaux, Jeffrey                         )
Goepfert, Don                              )
Ribeiro, Paul                              )
Palladino, John                            )
Seidman, Joshua                            )
Egan, Jacqueline                           )
Encarnacion, George                        )
Pneuman, John                              )
Moore, Shavone                             )
Emanuele, Nicholas                         )
Murillo, Dubva                             )
Gorski, Joseph                             )
Cerquera, Cesar                            )
Dun, Richard                               )
Liporace, Michael                          )
Sannuto, Tony                              )
Baumann, Shawn                             )
Rose, Robert                               )
Cooke, Alan                                )
Hartnett, Lauren                           )
Komondorea, Christian                      )
Covington, Barkim                          )

Price, Clifton )
Pierre, Jenelle )
Verbitzki, Andrew )
Ashby, Rohan )
Wright, Colin )
Holdip, Sean )
Parris, Gregory )
Saint Louis, Djhonny )
Rodriguez, Joseph )
Hamilton, Susan )
Adams, Devon )
Daniels, Errol )
Ruiz, Richard )
Gomez, Dilshan )
Souffrant, Marie Nicole )
Caine, Gregory )
Young, Paul )
Weiss, Jonathan )
Veluz, Valerie )
Varricchio, Anthony )
Trice, Emilly )
Tretyakov, Dmitriy )
Stuhler, Michael )
Stephen, Jesse )
Scott, Herrin )
Sclafani, Michael )
Scheel, Christopher )
Rodriguez, Samantha )
Rose, Ryan )
Rozas, Brian )
Rodriguez, Henry )
Reid, Marlena )
Recce, Leila )
Purciarelli, Nicole )
Nieves, Kimberly )
Mulvihill, Michael )
Moreno, Christopher )
Hoey, Thomas )
Gonzalez, Alex )
Garcia, Sonia )
Figado, Timothy )
Ferrara, Michael )
Dorman, Jaroslaw )
Criscitiello, James )
Cordero, Jose )
Branath, Dan )

**Bentley, Brandon**                    )
**Banegas, Jennifer**                   )
**Antonelli, Nicholas**                 )
**Bey, Idris**                          )
**Jagernauth, Rudolph**                 )
**Jarsen, Ryan**                        )
**Jean, Dominique**                     )
**MacDonald, Keith**                    )
**Louis, Pierre**                       )
**Lombardi, Joshua**                    )
**Krause, John**                        )
**Korinek, John**                       )
**Kalamaras, Michael**                  )
**Michel, Kirvens**                     )
**Mendez, Johnathan**                   )
**McGowan, Stephen**                    )
**McCalla, Jr., Ainsworth**             )
**Maraio, Nicole**                      )
**Magnuson, Robert**                    )
**MacDonald, Michael**                  )
**DePietro, Judi**                      )
**Manifold, Dexter**                    )
**Dunton-Muhammad, Seleana**            )
**Bovell Ali, Antonette**               )
**Lipsitt, Alexander**                  )
**Cobb, Beverly**                       )
**Bath, Dane**                          )
**Pizzo, Frank**                        )
**Bedoya, Claudia**                     )
**Otero, Eduardo**                      )
**Marengo, Angel**                      )
**Evans, John**                         )
**Nance, Jamilah**                      )
**Vazquez, Nicholas**                   )
**Aguirre, Rafael**                     )
**Dunn, Rayshaw**                       )
**Mendez, Redwin**                      )
**Rodriguez, Christopher**              )
**Cassovetto, Salvatore**               )
**Healy, Shawn**                        )
**Dennis, Peyton**                      )
**Guzman, Douglas**                     )
**Bradshaw, Michael**                   )
**Savinon, Edward**                     )
**Duncavey, Christopher**               )
**Marrero, Julio**                      )

Brothers, Stephen )
Lopez, Robert )
Carrera, Damian )
Ramos, David )
Puinde, Pablo )
McIntosh, Jason )
Johnson, Vincent )
Girao, Marco )
Skodnek, Cliff )
Loscalzo, Michael )
Pichardo, Joeni )
Oliver, Curtis )
Espinal, Jeffrey )
Topper, Yehuda )
Green, Darryle )
Meyer, Joseph )
Maldonado, Jessica )
Floreal, Ernst )
Capunay, John )
Quick, Annuon )
Frumer, Joshua )
Giannella, Matthew )
Ramirez, Johnathan )
Aparicio, Yuonne )
Martino, Christopher )
Cabello, Ralph )
James, Andre )
Werner Jr., Keith )
Curling, David )
Diaz, Ramon )
Henry, Ewart )
Francis, Kathyann )
Martinez, Sylvia )
Kelly, Christopher )
Wright, Sean )
Cruz, Yeny )
Cordova, Nicholas )
Hannan, Michael )
Aberg, Wayne )
Carrillo, Luis )
Espadas, Francisco )
Upshur, Tina )
Duff, Jim )
Byfield, Damien )
Barillas, Lissette )
Canada, Oscar )

Tauber, Jacob )
Fein, David )
Vaval, John )
Krasilovsky, Erica )
Mustafa, Said )
Mathieu, Daniel )
Pinto, Rodrigo )
Borrello, Peter )
Dennehy, Michael )
Von Der Linn, James )
Moreta, Edgar )
Moore, Jazmine )
Merced, Mary )
Russo, George )
Easop, Bryan )
Zanpawala, Mohmedidris )
Papia, Jonathan )
Benson, Kimberly )
Morales, Jorge )
Parchment, McCray )
Coleman, John )
Gordon, Anthony )
Lacroze, Monique )
Paltooram, Odelmo )
Yoon, YuGun )
Discepolo, Joseph )
Kenny, Michael )
McNeary, Treyvia )
Cruz, Joseph )
Imburgia, Justin )
Young, Arthur David )
Schwartz, Joshua )
DeSantis, William )
Stein, Nicholas )
Keshemberg, Julie )
McKeon, Kevin )
Tejada, Erika )
King, Michael )
Schaaf, Kevin )
Albo, Joseph )
Li, Frank )
Oyague, Frank )
Urbielewicz, Robert )
Roberts, Peter )
Scalise, Matthew )
Nash, Kevin )

Cira, David                              )
Hopkins, Vincent                         )
Rathour, Mohinder                        )
Steinle, Kevin                           )
Mendler, Christian                       )
Goodridge, Daryl                         )
Zeeshan, Ali                             )
Ingram, Eric                             )
Occhipinti, Andrea                       )
Alaby, Rene                              )
Lewis, Christpher                        )
Antignano, Daniel                        )
Polanco, Melody                          )
Kornbluth, Andrew                        )
McLeon, Godfrey                          )
Darden, LaToya                           )
Hodgey, Andrew                           )
Zummo, Michael                           )
Dorman, Michael                          )
Razumov, Alexander                       )
Criado-Garcia, Juan                      )
Barba, Kimberly                          )
Belgrave, Eduardo                        )
Fleming, Robert                          )
Mare, Robertson                          )
Ramsook, Nigel                           )
Cuello, Joseph                           )
Maltina, Daniel                          )
Valitutto, Lori                          )
Ratz, Ronald                             )
Flaksman, Stanislav                      )
Niyazov, Nariman                         )
McCormack, Michael                       )
Petrillo, James                          )
Castelli, Joseph                         )
Kim, Mintae                              )
Belkacem, Sadek                          )
Alicia, Alexis                           )
Milatta, Charles                         )
Hurtado, Alan                            )
Kostadin, Paul                           )
Gettens, William                         )
Giacalone, Matthew                       )
Lindie, Christina                        )
Campbell, Michelle                       )
Deluott, Christopher                     )

Nikulin, Vladimir                         )
Shiwgobin, Jaime                          )
Yuabov, Andrey                            )
Weinstein, Stuart                         )
Emington, John                            )
Costello, Jason                           )
Roman, Lionel                             )
Fitzpatrick, Kristen                      )
Gonzalez, Michael                         )
Visceglia, Vincent                        )
Sandvill, Matthew                         )
Raynor II, Charles                        )
Gu, Sheng                                 )
Givens, Roy                               )
Singh, Rajbir                             )
Flores, Miguel                            )
Villafare, Philip                         )
Muriel, Martha                            )
Garcia, Jessy                             )
Rodifeld, Michael                         )
Perez, Deborah                            )
Luciano, Josue                            )
Vela, Frank                               )
Buccieri, Keith                           )
Guadron, Carlos                           )
Ferrer, Tamara                            )
Dorner, Frederick                         )
Smith, Ceasha                             )
Lawrence, Crystal                         )
Billian, Jonathan                         )
Vaccard, Peter                            )
Rios, Andrew                              )
Lopez, Johnny                             )
Malayev, David                            )
Taylor, Christopher                       )
McCarthy, Thomas                          )
Ahrems, Keith                             )
Roeder, Craig                             )
Verspoor, Jason                           )
Solis, Joe                                )
Hawkins, Richards                         )
Oster, Jennifer                           )
Persao, Siewnarine                        )
Alveari, Vanessa                          )
O'Neill, James                            )
Harrington, Brian                         )

Fetscher, Brian                          )
Lopez, Lisa                              )
Neeley, Kyra                             )
Castro, Anthony                          )
Wakely, Terrance                         )
Klempner, Tracy                          )
Haynes, Kornelia                         )
Sampson, Michelle                        )
Perez, Jose                              )
Malwitz, James                           )
Torres, Laura                            )
Donawa, Patricia                         )
Sampson, Steven                          )
Canders, Desiree                         )
Pernice, Ashley                          )
Richardson, Tania                        )
Serrano, Alejandra                       )
Wallace, Paul                            )
Vasquez Jr., Melido                      )
Hoey, Laura                              )
Cintron, Nelson                          )
Reardon, Michael                         )
DesGouttes, Steven                       )
Khalid, Adil                             )
Brock, Andrew                            )
Lynch, Jonathan                          )
Del Monico, Richard                      )
Braddy, Gregg                            )
Jones, Antar                             )
McDonald, Kevin                          )
Colon, Jose                              )
Perez, Miguel                            )
Akinrodoye, Festus                       )
Saybe, Janette                           )
Sanchez, Jesus                           )
Pierluissi, Carl                         )
Schulz, Donna                            )
Murphy, Nora                             )
Ephraim, Barbara                         )
Rollins, Lynwood                         )
Price Sr., Robert                        )
Roy, Sujit                               )
Pribylousky, Stanishlav                  )
Rahman, Mohammad                         )
Ogunblyl, Paul                           )
Lysden, Joseph, Jr                       )

**Concepcion, Arthur** )
**Medina, Edward** )
**Ortiz, Carlos** )
**Butterbaugh, Allen** )
**Goodwin, Robert** )
**Vice, Brehene** )
**Graham, Kahlia** )
**Hall, Claude** )
**Palladino, John** )
**Kelly, Chante** )
**Jesensky, Jonathan** )
**Rodriguez, Carlos** )
**Sierra, Aramis** )
**Cruz, Veronica** )
**O'Neil, Robert** )
**Bielicki, Stephen** )
**Gilkes, Christopher** )
**CienFuegos Ortiz, Martha** )
**Acevedo, Alex** )
**Worms, Patrick** )
**Allen, Kevin** )
**McCornell, John** )
**McCallo, Shawn** )
**Heer, John** )
**Martinez, Valerie** )
**Silveira, Roberto** )
**Camporeale, Desiree** )
**Cadogan, David** )
**Barrett, Dale** )
**Pruden, Albert** )
**Heinze, Scott** )
**Mendelson, Jason** )
**Payamps, Fernando** )
**Acosta, Wilbert** )
**Cataldi, Franklin** )
**Berilacqua, Joseph** )
**Burgos, Brenda** )
**Washington, Brandy** )
**James, Cynthia** )
**Barbaria, Kyle** )
**Bailey-Hooper, Lancia** )
**Wilkey, Anthony** )
**DeAngelo, Thomas** )
**Caldarella, Giovanna** )
**Forbes, Percy** )
**Alavarces, Richard** )

**Tortoriello, Stephen** )
**Culllen, Anthony** )
**Pastor, Frank** )
**Fisher, Corey** )
**Camaj, Robert** )
**Swindell, Kenneth** )
**Crocco, Marissa** )
**Rice, Shawn** )
**Hockenjos, Robert** )
**Arson, Timothy** )
**Hoder, Stephen** )
**Devine, Christopher** )
**Levine, Jeffrey** )
**Healey, Michael** )
**Clifford, Kern** )
**Godizzaro, Stephanie** )
**Martinez, Renzo** )
**Millan, Priscilla** )
**Mayrose, John** )
**Rush, William** )
**Orlik, Christopher** )
**Respol, Christopher** )
**Burnett, Kerry** )
**Figueroa, Michael** )
**Jacobs, Elliot** )
**Leger, Nancy** )
**Maningo, Douglas** )
**Peters, Amanda** )
**Orive, Alexander** )
**Andreusian, Aren** )
**Singer, Maxwell** )
**Tenorio, Vanessa** )
**Jimenez, Samuel** )
**Wood, Jeffrey** )
**Marino, John** )
**Gilkes, Dwayne** )
**Russo, Michael** )
**Narain, Jason** )
**Lavaud, Jacques** )
**Aarons, Stacey** )
**Vasselman, Ryan** )
**D'Amaro, Nicholas** )
**Brower, Jennifer** )
**Brown, Bruce** )
**Gerrish, Julianne** )
**Esquivias, Josette** )

Rivera, Rosa                                        )
Caggiano, Robert                                    )
Corcoran, Cindy                                     )
San Severo, DonnaMarie                              )
Tumbaco, Giovanni                                   )
Cilento, Michael                                    )
Diaz, Nelly                                         )
Hasan, Mukhtar                                      )
John, Alicia                                        )
Rodriguez, Franklin                                 )
Buoninfante, Alfonso                                )
Daniel, Michelle                                    )
Abramsha, Linda                                     )
Rivera, Richard                                     )
Minkow, Adam                                        )
Johnson, Kenneth                                    )
Chapman, Charles                                    )
Rosenthal, Andrew                                   )
McQuoid, Thomas                                     )
Crowley, Edward                                     )
Fiore, Carmine                                      )
Orr, Joel                                          )
Pascale, Matthew                                    )
King, Shawn                                         )
Brawley, Jesse                                      )
Gamble, Dwane                                       )
Ruiz, Adam                                          )
Koszowska, Ewa                                      )
Thomas, Elwood                                      )
Leslie, Wayne                                       )
Lam, Larry                                          )
Soto, Hector                                        )
Griffith, Glenroy                                   )
Mahon, Tené                                         )
Genois, Franer                                      )
Alicea, Robert                                      )
Gardiner, Joshua                                    )
Moore, William                                      )
Rizzo, Allen                                        )
Tennant, Winston                                    )
Gibberman, Ronald                                   )
Bryant, Sharon                                      )
Feliciano, Domingo                                  )
Brewster, Randolph                                  )
Flood, Vince                                        )
Roman, Jorge                                        )

Howard, Natasha )
Ochoa, Jason )
Josten, Sean )
Robinson, Eric )
Joseph, Elis )
Lazar, Jason )
Bossack, Staci )
Farmer, Kem )
Middleton, Terrance )
Rushing, Carletta )
Franco, Eric )
Quintero, Ricardo )
Llano Hepburn, Betty )
Minton, Jordan )
Lustica, Theresa )
Travers, Michael )
Pabon, Arnold )
Vazquez, Pablo )
Rodriguez, Edward )
Marrero, Tanya )
Quinones, Omar )
Laffan, David )
Vasquez, Roy )
Perez, Anthony )
Rodriguez, Joshua )
Chong, Stephen )
Nelthrope, Kiri )
Olaya, Diana )
Espinoza, Julio )
Morra, Lawrence )
Ortiz, Iris )
Pasco, Christian )
Tyson, Hernan )
Buyund, Katrina )
Santiago, Carlos )
Sequeira, Rafael )
Scott, Dwight )
DeMinno, Steven )
Roman, Victor )
Striano, Anthony )
Hunt, Jennifer )
Power, Sean )
Wong, Dennis )
Dedivanovic, Tony )
Watin, Migdalia )
Bocanegra, Aline )

Brock, Telina                              )
Anthony, Sanchez                           )
Poluscar, James                            )
Morales, Marco                             )
Lawing, Myron                              )
Clark, Walter                              )
Prescott, Lauren                           )
Reyes, Vanessa                             )
Harris, Jaclyn                             )
Korabel, Diana                             )
Gutnick, Bruce                             )
Santiago, Peter                            )
Featherstone, Matthew                      )
Mirchin, Travis                            )
Mctier, Karen                              )
Canales, Miguel                            )
Scullark, Percy                            )
Diaz, Rocky                                )
Guibert-Delgado, Karel                     )
Soto Jr, Robert                            )
William, Marvin                            )
Michael, Katernia                          )
Reyes, Jessica                             )
Gonzalez, Andre                            )
Disapio, Anthony                           )
Santiago, Jennifer                         )
Archer, Eric                               )
Rios, Cesar                                )
Mimyety-berroa, Dariell                    )
Nieves, Christian                          )
Arroyo, Alexander                          )
O'Rorke, Kimberly                          )
Rodriguez, Edward                          )
Rahyab, Usman                              )
Garcia, Miguel                             )
Rivera, Michael                            )
Mejia, Ernesto                             )
Kagenaar, Christopher                      )
Rodriguez, Cristino                        )
Mendez, Edwin                              )
Bellino, Joseph                            )
Spreckels, Thomas                          )
Favata, Salvatore                          )
Diaz, Ramirito                             )
Bialeglowski, Edward                       )
Matorik, Eric                              )

Hart, Jessica )
Fiorito, Matthew )
Torres, Alberto )
Rivera, Melissa )
Pressler, Todd )
Mihailescu, Akexander )
Maldonado, Melvin )
Codrington, Robert )
Portela, William )
Portela, Robert )
Koretzky, Peter )
Jones, Jennifer )
Pena, Maximo )
Croque Jr., Kenneth )
Campos, Selvin )
Pabon, Alfred )
Romero, Edgar )
Lagaris, Amy )
Harricharan, Dindeyal )
Benel, Jacqueline )
McCarthy, Joseph )
Sola, Jocelyn )
Wong, Dennis )
Perez, Fruto )
McNally, Michael )
McCarthy, Peter )
Piachot, Mark )
Joseph, Fritz )
Lagares, Eileen )
Ayala, Angel )
Burgess, Tyeisha )
Figueroa, Jerry )
Omansky, Eve )
O'Grady, Justin )
Vasquez, Francisco )
Ramos, Orlando )
Setorie, Morgan )
Rivera, Alexis )
Jones, Jason )
Catalano, Eileen )
Sottile, Robert )
Vanegas, Joanna )
Hamm, Antoine )
Rodriguez, Ruben )
Baez, Dianla )
Wyne, Rodney )

Holland, Randy )
Cancel, Jason )
Walker, Daniel )
Lopez, Hoover )
Creeden, Patrick )
Straughn, June )
Francisco, Sierra )
Chancy, Nathan )
Rivas, Diane )
Restrepo, Miguel )
DiPietra, William )
Perrone, Steven )
Opeyemi, Riches )
Deheer, Andrew )
Sterling, Wesley )
Sarfo, Vincent )
Walcott, Leck )
Herndon, William )
Aiyelabowo, Mustafa )
Lopez, David )
Knights, Samuel )
Hogson Sr., Duane )
De los Santos, Octavio )
Comerland, John )
Brown, Brittany )
Bucklan, Joshua )
Edge, Shamel )
Martinez, Edward )
Kohrmawn, George )
Doughherty, Jennifer )
Ornstein, Daniel )
Perez, Jose )
Thompson, Mariann )
Taranto, David )
Martin, Michael )
Lee, David )
Zenkovich, Evgeni )
Rodriguez, Jeanine )
Griebesland, Jason )
Li, Xae Hua )
Greenwald, John )
Mezzacappa, Anthony )
Lupin, Sara )
Harit, Eduard )
Gavrilov, Anatoliy )
Lipton, Jesse )

Rogovich, Dominic                )
Satangelo, Charles               )
Siciliano, Thomas                )
Tepily, Alex                     )
Matos, Conrad                    )
McGuire, James                   )
Correa, Reinaldo                 )
Brownstein, Joshua               )
Weber, Todd                      )
Bouskila, Isaac                  )
Simmons, Merisa                  )
McKenna, Kyle                    )
Mahoney, James                   )
Smith, Katherine                 )
Luttermoser, Tara                )
Mangra, Thameshwar               )
Simmons, Arlone                  )
Concepcion-Martinez, Lorena      )
Aguirre, Juan                    )
Gray, Anna                       )
Winfield, Lance                  )
Gounden, Sammy                   )
Guerrido, Nancy                  )
Lesane, Tamika                   )
Ortiz, Tanika                    )
Felts, Roberto                   )
Israel, Robert                   )
Wong, Lisa                       )
Bonometre, Marc                  )
Castillo, Alexis                 )
Washington, Alicia               )
Jordan, Mario                    )
Hanson, Nicholas                 )
Aziz, Sharon                     )
Timothy, David                   )
Pagan, Victor                    )
Sosa, Caonabo                    )
Geller, Barbiejo                 )
Stewart, Gregoria                )
Rivera, Alfred                   )
Abdullah, Nadeem                 )
Easterling, Umeeka               )
Knight, Lashunn                  )
Guardiola, Samuel                )
Saint-Fleur, Melissa             )
Joseph, Tracy                    )

Wilson, Eva                                         )
Dimattel, Anthony                                  )
Wakcham, Eric                                      )
Friend, Vanessa                                    )
Heyward, Sandy                                     )
Burbridge, Christine                               )
Lindeman, David                                    )
Buscaoto, Roel                                     )
Piazza, Saul                                       )
Stewart, Douglas                                   )
Scott, Rose                                        )
Bucharan, Howard                                   )
Freeland, Erica                                    )
Lawrenceau, Jerry                                  )
Johnson, Patrick                                   )
Anderson, Johnny                                   )
Billie, Thomas                                     )
White, Samantha                                    )
Hannafey, Jennifer                                 )
Jones, Trevor                                      )
Funk, Scott                                        )
McPherson, Azure                                   )
Wright, William                                    )
Toomer, Wendi                                      )
Evans, Ramla                                       )
Hyland, Stephen                                    )
Guzman, Crystal                                    )
Steffens, Michael                                  )
Alvarez, Lisa                                      )
Cherybin, Theodora                                 )
Campbell, Amanza                                   )
Ranier, Anthony                                    )
Ortiz, Thomas                                      )
Odengbe, Olatunde                                  )
Lu, Zi )
Grochulski, Ann                                    )
Harris, Tameka                                     )
Glaude, Donna                                      )
Duran, Ariel                                       )
Sawyer, Keith                                      )
Wiltshire, Trevon                                  )
Langford, Yahki                                    )
Datilus, Sencia                                    )
Jones, Angela                                      )
Martinez, Brenda Flores                            )
Palmer, Colette                                    )

**Hochbryeckner, Walter** )
**Boodoo, Darryl** )
**Grano de Oro, Marcio** )
**Van Brakle, Miguel** )
**Oscar, Ferry** )
**Howard, Davon** )
**Bayard, Jeremy** )
**Seymour, Steven** )
**Cummings, Clayton** )
**Romain, Peguy** )
**Anderson, Jennifer** )
**Ross, Vanessa** )
**McDonald, Eze** )
**Collins, Gardenia** )
**Chandler, George** )
**Greenidge, David** )
**Russell, Dean** )
**Flower, Richard** )
**Hamilton, Kevin** )
**Konrad, Brendan** )
**Jovin, Jeffrey** )
**Chronov, Serge** )
**Davis, Kenneth** )
**Chester, Rondell** )
**Blain, Anthony** )
**Zirino, Nicholas** )
**Lewis, Quedar** )
**Londono, Derrick** )
**Batalla, Ohnesto** )
**Santana, Josette** )
**Rosario, Cesar** )
**Philipps, Brian** )
**Connell, Andria** )
**Tennant, Lorna** )
**Kleinberg, Steven** )
**Reyes, Tara** )
**Frenen, Stephanie** )
**Jordan, Suzette** )
**Kruysman, David** )
**Accardo, Antonio** )
**Bolds, Monsurat** )
**Parris, Hanifa** )
**Elkind, Steven** )
**Mazziottf, Chris** )
**Amore, John** )
**Moise, Fritz** )

Silva, Arnold                            )
Brown, Madelyn                      )
Mejia, Jose                                 )
Leto, Thomas  )
Grennberger, Seth  )
Saladin, Stuart  )
Harrison, Winslow  )
Beckford, Claudine  )
Primo, Edward  )
Marthone, Harry  )
Danglade, Rheinhold  )
Brady, Shane  )
Gardner, Janice  )
Spies, Bryan  )
Avellaneda, Carlos  )
Cook, David  )
Abad, Byron  )
Jones, Raheam  )
Maynard, Frank  )
Ettienne, Shawn  )
Harrison, Nicholas  )
Henry, Carey  )
McMinn, David  )
Atkins, Robert  )
Rosales, Edgar  )
Roberts, Earl  )
Arnold, Winston  )
Kang, Katlyn  )
  )
                      **Plaintiffs,**  )
       **v.**  )
  )    **Civil Action No.  13-CIV-1015**
**CITY OF NEW YORK and THE**  )            **ECF Case**
**NEW YORK CITY FIRE DEPARTMENT**  )
  )    **(JURY TRIAL DEMANDED)**
  )
            **Defendants.**  )

## COMPLAINT

## INTRODUCTION

Plaintiffs, by and through their counsel, the law firm of Woodley &

McGillivary, for their complaint against the City of New York ("New York City")

and the Fire Department of the City of New York ("FDNY")(hereinafter collectively referred to as "defendants"), state as follows:

**PARTIES**

1.      Plaintiffs are and at all times material herein have been employed by defendants in the positions of Emergency Medical Technicians ("EMTs"), Paramedics, and related positions below the rank of lieutenant in the New York City Fire Department.  Plaintiffs bring this action for a declaratory judgment, back pay and other relief pursuant to 29 U.S.C. § 207, 29 U.S.C. § 216(b), and 28 U.S.C. § 1331 to remedy the defendants' willful and unlawful violations of federal law complained of herein.

2.      Plaintiffs have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b).  Such written consents are appended to this Complaint in the attached Appendix.  These written consent forms set forth each plaintiff's name and address.

3.      Each of the plaintiffs in this action while employed by defendants in the position of EMTs, Paramedics and related occupations has been an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

4.      Defendant New York City is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material hereto, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. § 203(x).  Defendant New York City has a principal office and place of business located at Broadway and Park Row, New York, New York, 10007, and may be

served with process by serving the Office of Corporation Counsel, 100 Church Street, New York, New York, 10007.

5.      Defendant Fire Department of the City of New York (FDNY) is an administrative division of New York City and is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material herein, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. §203(x). The FDNY's principal office is located at 9 MetroTech Center, Brooklyn, New York.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

7.      Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## CLAIMS

8.      At all times material herein, and since February 10, 2011, as well as before, the plaintiffs have worked within the FDNY for defendants in the position of EMT, paramedic, and related positions.

9.      Within the last two years while working in the position of EMT, paramedic, and related positions for defendants, plaintiffs have worked in excess of forty hours per week.

10.     During the times that plaintiffs have worked in excess of 40 hours in a week, defendants failed to provide plaintiffs with the rights and protections provided under the FLSA.   Among other things, defendants have violated the FLSA, 29 U.S.C. §§ 207(a) through such actions as suffering or permitting

plaintiffs to work before and after their scheduled shifts and failing to compensate plaintiffs for such work activities, despite having recorded such time.

11.     Many of the plaintiffs in the instant action were plaintiffs in either *Conzo et al. v. City of New York, et al.*, Case No. 05-civ-705 or *Aarons et al. v. City of New York, et al.*, Case No. 09-civ-10138.  In those cases the plaintiffs also raised the issue of defendants failure to pay overtime for hours worked over 40.  The parties in *Conzo* and *Aarons* settled all of the claims in those lawsuits through February 9, 2011.

12.     Despite settling the claims in *Conzo* and *Aarons*, defendants have failed to make changes to correct the FLSA violations.

13.     Section 207 of the FLSA requires the payment of overtime compensation to employees who work in excess of the hourly standards set forth therein.  In particular, Section 207(a) requires the payment of overtime compensation at the rate of one and one-half times each employee's regular rate of pay for all work hours in excess of forty hours per week.  Defendants have failed to comply with the overtime pay requirements of the FLSA in the manner outlined herein.

14.     As a result of defendants' willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined.  The employment and work records for the plaintiffs are in the exclusive possession, custody and control of the defendants and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them.  Defendants are under a duty imposed by the FLSA, 29

U.S.C. § 211(c), and various other statutory and regulatory provisions, to maintain and preserve payroll and other employment records with respect to the plaintiffs from which the amount of defendants' liability can be ascertained.

15.     Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendants' failure to pay overtime compensation.

16.     Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b).

## DEMAND FOR A JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs hereby demand that their claims be tried before a jury.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiffs pray that this Court:

(a)  Enter judgment declaring that the defendants have willfully and wrongfully violated their statutory obligations, and deprived each of the plaintiffs of his and her rights;

(b)  Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c)  Award plaintiffs monetary liquidated damages equal to their unpaid compensation;

(d)  Award plaintiffs interest on their unpaid compensation;

(e)  Award plaintiffs their reasonable attorneys fees to be paid by the defendants, and the costs and disbursements of this action; and

(f)  Grant such other relief as may be just and proper.


Respectfully submitted,


_____/s/ Sara L. Faulman_____
Gregory K. McGillivary (SSN: 0280)
Sara L. Faulman (SF 9778)
WOODLEY & McGILLIVARY
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC  20005
Phone:  (202) 833-8855