UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAZ PERRY, et al.,

                Plaintiffs,

-against-

THE CITY OF NEW YORK AND THE NEW YORK CITY FIRE DEPARTMENT.

                Defendants.

Index No. 13-cv-1015(JMF)

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel for Defendants will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order: (1) permitting the withdrawal of the appearance on behalf of the Represented Defendants of Samantha Abeysekera effective immediately; and (2) directing the Clerk of the Court to remove Samantha Abeysekera of Jackson Lewis LLP from the ECF/CM service list in this matter.

Respectfully submitted,

JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017
(212)545-4000

By: *s/*Samantha Abeysekera_____
     Samantha Abeysekera, Esq.

ATTORNEY FOR DEFENDANTS

Dated: July 3, 2013

It is SO ORDERED this
\_\_\_\_\_ day of _____, 2013

_____