UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAZ PERRY, et al.,

      Plaintiffs,

-against-

THE CITY OF NEW YORK AND THE NEW YORK CITY FIRE DEPARTMENT.

      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2013
```

Index No. 13-cv-1015(JMF)

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel for Defendants will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order: (1) permitting the withdrawal of the appearance on behalf of the Represented Defendants of Samantha Abeysekera effective immediately; and (2) directing the Clerk of the Court to remove Samantha Abeysekera of Jackson Lewis LLP from the ECF/CM service list in this matter.

      Respectfully submitted,

      JACKSON LEWIS LLP
       666 Third Avenue
       New York, New York 10017
       (212)545-4000

      By: _s/Samantha Abeysekera_
       Samantha Abeysekera, Esq.

      ATTORNEY FOR DEFENDANTS

Dated: July 3, 2013

SO ORDERED.

/Jesse M. Furman
United States District Judge

July 11, 2013