UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAZ PERRY, et al.,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK AND THE NEW YORK CITY FIRE DEPARTMENT.

                Defendants.

Case No.: 13 CIV 1015(JMF)

## MOTION TO WITHDRAW AS COUNSEL

      PLEASE TAKE NOTICE that the undersigned counsel for Defendants the City of New York and the New York City Fire Department ("Defendants") will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order permitting the withdrawal of the appearance of Steven Seidenfeld, Esq. on behalf of Defendants effectively immediately.

Dated: New York, New York
       May 12, 2016

                                  Respectfully submitted,

                                  JACKSON LEWIS P.C.

                                  666 Third Avenue, 29th Fl.
                                  New York, New York 10017
                                  (212) 545-4000

                    By:    s/Steven Seidenfeld
                             STEVEN SEIDENFELD, ESQ.