UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAZ PERRY, et al.,<br><br>                Plaintiffs,<br><br>    -against-<br><br>THE CITY OF NEW YORK AND THE NEW YORK CITY FIRE DEPARTMENT.<br><br>                Defendants. | Case No. 13 CIV 1015(JMF)<br><br>**DECLARATION OF STEVEN SEIDENFELD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

STEVEN SEIDENFELD, being duly sworn, deposes and states, pursuant to 28 U.S.C. § 1746:

1. I am an associate attorney at the law firm of Jackson Lewis P.C., attorneys for Defendants the City of New York and the New York City Fire Department ("Defendants") in the above-referenced matter. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

2. I am leaving Jackson Lewis P.C. ("Jackson Lewis") for other employment. My last day with Jackson Lewis is May 12, 2016.

3. Jackson Lewis will continue its representation of Defendants in this matter.

4. Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2016

                                              s/ Steven Seidenfeld
                                              STEVEN J. SEIDENFELD
                                              JACKSON LEWIS P.C.
                                              666 Third Avenue, 29th Floor
                                              New York, New York 10017
                                              212-545-4000
                                              Steven.Seidenfeld@jacksonlewis.com