IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| Perry, Chaz | ) |
| Askew, Wayne | ) |
| Bass, Brandan | ) |
| Beddia, James | ) |
| Bonneau, Frantz | ) |
| Briggs-Hall, Akiba | ) |
| Bristol, Andre | ) |
| Burrell, Jazmin | ) |
| Capetanos, Panagiotis | ) |
| Cicciarello, Frank | ) |
| Conzo, Joseph | ) |
| Courtade, Carlos | ) |
| Curtin, Michael | ) |
| Dagosto, Joseph | ) |
| DeCarlo, Christine | ) |
| Diaz, Roland | ) |
| Estick, Mark | ) |
| Estrada, Albert | ) |
| Ferreira, Ray | ) |
| Franklin, Ian | ) |
| Groarice, Aithea | ) |
| Gutnick, Lydia | ) |
| Handley, Elizabeth | ) |
| Hutchinson, Derek | ) |
| Illanes, Carlos | ) |
| Jewet, Jerome | ) |
| Lasserre, Arina | ) |
| Longo, Valerie | ) |
| Maher, Kevin | ) |
| McClary, Chauncey | ) |
| McGuire, James | ) |
| McLune, Michael | ) |
| McMullin, David | ) |
| Mitnik, Michael | ) |
| Moran, Sally | ) |
| Muller, Carlos | ) |
| Negron, Rebecca | ) |
| Nunez, Eric | ) |
| Ocasio, Vanessa | ) |
| Oliver, Makesi | ) |
| Oyemi, Andrew | ) |
| Patel, Anal | ) |

Perez, Alejandro                            )
Peters, Clinton                             )
Ponce, Alejandro                            )
Puente, Janet                               )
Ramos, Veronica                             )
Richards, Sanjay                            )
Rivera, Linda                               )
Rivera, Lissette                            )
Robinson, Richard                           )
Rodriguez, Brandon                          )
Rodriguez, Carmelo                          )
Rodriguez, George                           )
Roper, Kamala                               )
Russo, Christopher                          )
Saem, Gerardo                               )
Salazar, Elizabeth                          )
Santiago, Jason                             )
Santiago, Michelle                          )
Santini, Nicolas                            )
Saunders, Tenille                           )
Sealy-Brown, Kimoi                          )
Semple, Donna                               )
Suarez, Danny                               )
Thompson, Darryn                            )
Toyloy, Gerardo                             )
Velazquez, Lucy                             )
Vitale, Charles                             )
Ward, Kevin                                 )
Wynne Jr., Willis                           )
Palencia, Janice                            )
Johnson, Peter                              )
Lewis, Gary                                 )
Valentine, Michael                          )
Garcia, Alfredo                             )
Cooke, Adam                                 )
Brown, Cleo                                 )
Skipper, Brian                              )
O'Neal, Meleki                              )
Skamalos, Konstantinos                      )
Washington, Jerard                          )
Jancowicz, Richard                          )
Salazar, Favian                             )
Velez, Paula                                )
Amor, Antonio                               )
Monahan Sr., Thomas                         )
Arroyo, Marilyn                             )

Brzezinski, Robert                    )
Chambers, Sharita                     )
Rios, Vanessa                         )
Butler, Sandra                        )
Miller, Johnny                        )
Hogan, Vincent                        )
Curtin, William                       )
Bryan, Lauren                         )
Carter, Ja'Quan                       )
Celluci, Andrew                       )
Ureña, Gerardo                        )
Goldson, Leon                         )
Flores, Serafin                       )
Gonzalez, Carlos                      )
Evans, Marlin                         )
Homer, Chaundel                       )
Pike, John                            )
Glick, Alan                           )
Joseph, Henderson                     )
Pineda, Luis                          )
Ortiz, John                           )
Basabe, Victor                        )
Watson, Zoila                         )
Bottone, John                         )
Pierre, Latasha                       )
Laurie, Ray                           )
Spandorf, Jason                       )
Tsai, Thomas                          )
Hoffman, James                        )
DeRosa, Philip                        )
Rosati, Jerri                         )
Kruczony, Rostantin                   )
Han, Arnie                            )
Petit-Mat, Arnel                      )
Nehwadowich, Nicole                   )
Waldron, Shamika                      )
Clapp, Glenn                          )
Hernandez, John                       )
Beauharnais, Jamelya                  )
Francois, Alaisha                     )
Barinas, Elvin                        )
Torres, Juan                          )
DeMott, Amanda                        )
Gnezpovskiy, Oleg                     )
Guzman, Richard                       )
Bedoya, Willie                        )

Cruz, David                                   )
Zuniga, Marvin                                )
Harrison, Bevonia                             )
Hamilton, Peter                               )
Guzman, Bennie                                )
Portka, Grzegorz                              )
Bergen Jr., George                            )
Devino, Louis                                 )
Blanchard, Dave                               )
Licari, Justin                                )
Silvestri, Michael                            )
Hall, Khadijah                                )
Kolanovic, Krista                             )
Hyams, James                                  )
Santora, John                                 )
Alexander, Shaun                              )
Charles, Brent                                )
Girgenti, Annemarie                           )
Palladino, Angelo                             )
Gutkin, Brian                                 )
Garwood, Craig                                )
Doyley, Yanique                               )
Bilgore, Todd                                 )
Naufable, Jeanl                               )
Cox, Jillian                                  )
Alleyne, Cathy                                )
Richardson, Mykka                             )
McMillan, Mary                                )
Perez, James                                  )
Cedeno, Charles                               )
Jackson, Melisa                               )
Brown, Beryl                                  )
Holiday, Joakema                              )
Perez Jr., Raul                               )
Williams, Sedley                              )
Lewis, Webster                                )
Victor, Regina                                )
Rutherford, Avian                             )
Larrier, Laticia                              )
Hernandez, Joseph                             )
Smith, Hugh                                   )
Wong, Amanda                                  )
Russell, Nicketo                              )
Acevedo, Joel                                 )
Samuels, Natasha                              )
Ritter, William                               )

LeBron, Juan                          )
Adekoya, Ahmed                        )
Sanchez, Maritza                      )
DeVito, Michelle                      )
Benitez, Jose                         )
Faeth, Donald                         )
Leone, Vito                           )
Greco, Michael                        )
Tsang, Felicia                        )
Roman, Kathyleen                      )
LaRuy, Reynaldo                       )
Campanelli, Daniel                    )
Pimentel, Jose                        )
De Cesare, Anthony                    )
Bindra, Prabhleen                     )
Dunne, James                          )
Mills, James                          )
Abegg, Ralph                          )
Batista, Nicholas                     )
Pirrone, Christina                    )
Cruz, Jose                            )
Jourdain, Serge                       )
Bottini, Lisa                         )
Kun, Viktor                           )
Atilgan, Ulya                         )
Simonis, Johny                        )
Grimando, Noel                        )
Swierkowski, Christopher              )
Cummings, Nevin                       )
Chavez, Ruth                          )
Michels, Scott                        )
Roberson, Ronald                      )
Francis, Elvira                       )
Taylor, Mark                          )
Lishisey, Kevin                       )
Ozechowski, Eric                      )
Melnick, Theodore                     )
Johnson, Vincent                      )
St-Clair, Gregory                     )
Lolagnegeters, Marie                  )
Mosley, Donna                         )
Zatoren, Ryan                         )
LaBarbera, Tracey                     )
Simmonds, Gary                        )
Wilson, Liza                          )
Sully, Marso                          )

Bolger, James )
Jean-Philippe, Edy )
Hackett, Gary )
Marin, Raymond )
Alvarez, Luis )
Hehn, Christian )
Taylor, Jonathan )
Northmore, Stephen )
Delgounova, Svejana )
Slick, Margaret )
Partch Jr., Greg )
Howe, James )
Manetta, Anthony )
O'Brien, Melissa )
Trabolse, Anthony )
Salguera, Ron )
Dominguez, Manuel )
Sudsky, Lauren )
Colvil, Eric )
Piñero, Justin )
Martinez, Wanda )
Sierra, Luis )
DeLeon, David )
Patanio, Angela )
Arnaud, Chris )
Mancuso, Neil )
Pollock, Jennifer )
Andino, Raymond )
Mahoney, Michael )
Michel, Leon )
Telleria, Troy )
Barzilay, Oren )
Burwell, Tyisha )
Tammaro, Antonio )
Fernandez, Martin )
Almestica, Anthony )
Sedeniussen, Eartha )
Martin, Alexander )
Stryleer, Daniel )
Hardcastle, Luke )
Cruz, Gina )
Caal-Soberanis, Edgar )
Acevedo, Miguel )
Balslov, Kevin )
Chin, Cynthia )
Trinidad, Rafael )

Placido, Ivan                          )
Alejo, Ashley                          )
Walters, Maurice                       )
Jurcsak, Daniel                        )
Bellido, Gina                          )
Umpierre, Heidi                        )
Magro, Nicholas                        )
Kim, Danny                             )
Montano, Bianca                        )
Farnum, Dachary                        )
DeRaimo, Leo                           )
Johnson, Chauncey                      )
Fiske, Charles                         )
Troeber, Timothy                       )
Delgado, Ricky                         )
Hutchinson, Heather                    )
Torres, Yelitza                        )
Orlando, George                        )
Mansour, John                          )
Clavel, Steve                          )
Carbone, Mary Ellen                    )
Ferrara, Salvatore                     )
Jakob, Jared                           )
Ymeraj, Skerdi                         )
Macana, Keith                          )
Rodriguez, Christina                   )
Celentano, Vincont                     )
Caiozza, Salvatore                     )
Levi, Avia                             )
Santero, Keith                         )
Buttermark, Alexis                     )
Loutsky, Alexander                     )
Burbano, George                        )
Starace, Douglas                       )
Turturici, Salvatore                   )
Ireland, Wendi                         )
Wisniewski, Jason                      )
Martucci, Robert                       )
McCue, Ronald                          )
Brown, Don                             )
Ryoo, Daniel                           )
Fregonese, Michael                     )
Fiorillo, Andrew                       )
DiFiore, Kevin                         )
Sepulveda, Joel                        )
Morales, Jose                          )

Crutchfieco, Christopher )
Keene, Matthew )
Jimenez, Daril )
Brandt, Frederick )
Furuta, Kenshin )
Small, Trent )
Gonzalez, Luis )
Carroll, Mark )
Hornbrook, Steven )
Knowles, Albert )
Rivera, Josiah )
Thomas, Swain )
Duffy, Jessica )
Orsini, Crystal )
Liberman, Robert )
Saez, Dolores )
Rodriguez, Rema )
Miller, Matthew )
Sepulveda, Gilbert )
Altidor, Jean )
Sutherland, Jason )
Mboh, Daniel )
Jugenheimer, Philip )
Barone, Maryann )
Martinez, Emilio )
Brockington, Keisha )
Birnbaum, Franklyn )
Catello Jr., Nicholas )
Schister, Doug )
Restrepo, Pauline )
Wylie, Joshua )
Farrell, Joseph )
Hernandez, Brendon )
Bonifacio, Ferdinand )
Cadet, Christell )
Sanclemente, Aura )
Lees, Warren )
Maisonave, George )
Betancourt, Christopher )
Wasniewski, Andrew )
Kellner, Nathan )
Matonis, Michael )
Cirikovic, Amela )
Johnson, Michael )
Maisonneave, Ralph )
Rufrano, Paul )

Napoleon, Emmanuel )
Rampersad, Vijay )
Peterson, Craig )
Potito, Victor )
Crews, Robert )
Rivera, Cynthia )
Schoening, Vanessa )
Andrade, Wallace )
Pierce, Christopher )
Santora, Kathleen )
Wischerth, Chris )
Triolo, Michael )
D'Souza, Ian )
Morrissey, Brian )
Rogen, John )
Pfeiffer, Megan )
Vien, Ricky )
Lim, Justin )
Fazzino, Joseph )
Checo, Francisco )
Yim, Jae )
Xiang, Weikai )
O'Neil, Michael )
Marshall, Kimberley )
Cox, Zache )
Chan, Chin-Shan )
Russo, Alison )
Josten, Paula )
Morgana, Jennifer )
Freeman, Angela )
Geldard, Sarah )
McCray, Angela )
Usherenko, Vitaly )
Carney, Patrick )
Castiblanco, Sidney )
Canales, Yaniri )
Bedoya, Leonardo )
Stewart, David )
Hernandez, Samuel )
Mateo, Jacqueline )
Graham, Devon )
Ciaban, Anthony )
Ye, Wenda )
Cascio, Sergio )
Mendez, Thomas )
Moldovan, Felix )

DaGrossa, Donna )
Zero, Anthony )
Seaton, Oneilia )
Anderson, Michele )
Salim, Salim )
Ortiz, Jose )
Newman, Kenneth )
Culcay, Adrian )
Moog, Edith )
Veratudela, Valerie )
Martinez, Luis )
Vannata, Hilda )
Reese, Clement )
Garcia, Dionisio )
Julien, Winsley )
Gonzalez, Enrique )
Cruz, Jessica )
Batista, Renata )
Munoz, Ivan )
Condon, Michael )
Richardson, Tania )
Drebskaya, Yanina )
Cashman, David )
Reyes, Nemesio )
Galagarza, Andy )
Chin, Brandon )
Tier, Robert )
Brandon, Marcus )
Zuniga, Roy )
Sullivan, Michael )
Devlin, Margaret )
Clarke, Melvin )
Arroyo, Yadira )
Nelson, Moses )
Clarke, Edward )
Almojera, Anthony )
Persaud, Arthur )
Pilliza, Carlos )
Scott, Jasmin )
Daur, Brian )
Muniz, John )
St. Hubert, Donald )
Mora, Victor )
Yu, Joseph )
Bockwoldt, Peter )
Rivera, Pablo )

Singh, Suchingh )
Lopez, John )
Tanis, Patricia )
Renta, Katherine )
Braun, Charles )
Larow, Paul )
Gonzalez, Edwin )
Matthews, James )
Ba, Babacar )
Henry, Amanda )
Weaver, Maggi )
Partch, Tayreen )
Geiser, Bruce )
Peters, Kelly )
Campolo, Cassandra )
Ubiles, Linda )
Lolk, Darren )
Besemer, David )
Arache, Jean Carlos )
King, Roderick )
Mark, David )
Egan, Shauna )
Baker, Carl )
Dejesus, Gonzalo )
Magas, Patricia )
Cellazo, Angel )
Morrone, Kevin )
Cassisi, Joseph )
Guerilus, Kendall )
Acosta, Jorge )
Pelicano, Joseph )
Henry, Vaughn )
Watts, Lelieth )
Wong, Dennis )
McCoy, Kwanza )
Santos, Kelly )
Burgess, Kathleen )
Jackson, Cosmo )
Westervert, Edward )
Sapienza, Frank )
Caputo, Michael )
Harris, Christopher )
Clark, Michael )
Alvia, Allen )
Akerberg, Thomas )
Fiebert, Sherri )

Acevedo, Jason                                    )
Hecker, Lori                                      )
Edwards, Ahmad                                    )
Sale, Anne                                        )
Lucks, Jordan                                     )
Marrone, Richard                                  )
Finneran, Michael                                 )
Ramos Jr., Gilbert                                )
Broughton, Shawn                                  )
Durkin, Thomas                                    )
Perez, Jose                                       )
Fernandez, Daniel                                 )
Ulrich, Michael                                   )
Coleman, Trevor                                   )
Willets, Heather                                  )
Urena, Victor                                     )
Trugman, Adam                                     )
Gomez, Henry                                      )
Drizis, Catherine                                 )
Kozack, Dana                                      )
Moy, Steven                                       )
Schaaf, Daniel                                    )
Schurig, Woody                                    )
Valencia, Juan                                    )
Riccardi, Rocco                                   )
DeResto, Jessica                                  )
Borbee, Eric                                      )
McCarthy, Sean                                    )
Rivera, Brian                                     )
Cunningham, Owen                                  )
Castro, Lee                                       )
Tario, Edwin                                      )
Acosta, Pedro                                     )
Qugley, Kim                                       )
Wahlster, Klara                                   )
Arsenault, Pietro                                 )
Rehberger, Dennis                                 )
Griffel, Jeremy                                   )
Ramos, Victor                                     )
LeGiudice, Kyle                                   )
Rivera, Jonathan                                  )
Lampon, George                                    )
Amoithe, Steven                                   )
Straussberg, Bo                                   )
Mellon, Debbie                                    )
McCormack, Brendan                                )

Maldonado, Mario )
Silvestry, Wilfredo )
Washack, Jonathan )
Levoce, Maria )
Klein, Yonatan )
Celestri, Steven )
Lehmann Jr., William )
Midgett, Joshue )
Baijnauth, Anthony )
Aziz-Lopez, Barbara )
Blades, T'Nai )
Schaal, Ronald )
Arroyo Jr., Hector )
Morales, Julie )
DeSena, Lisa Ann )
Colon, Hiram )
Schildgen, Allen )
Goris, Rafael )
Siff, Jacqueline )
Garcia, Leonore )
Negron, Steven )
Schmidt, Toni )
Carlson III, John )
Hannigan, Jennifer )
Hydock, Bruce )
Lee, Shijae )
Springer, Eon )
Chan, Kai )
Lebowitz, Michael )
Scharf, Andrew )
Ansu, Thomas )
Miller, Michael )
Miller, Steven )
Wilson, Rohan )
Mazur, Mark )
Fazziola, Kimberly )
Nocerino, Joseph )
Romps, Michael )
Elkadi, Alicia )
Quevedo, Fabiola )
Sangenti, Salvatore )
Koewke, Michael )
Weissman, David )
Zacariaz Jr., Jose )
Harrilal Polanco, Mala )
Bell, Leisha )

Canham, Kelly )
Pasterak, Francis )
Mondello, James )
Glover, John )
Parks, Elizabeth )
Campbell, Omar )
Fougere, Nelida )
Vanchoff, David )
Walston, Wayne )
Troisi, Onofrio )
Savoca, Darryl )
Griffin, Christopher )
Garcia, Jenice )
Blelis, Nadra )
Perez, Eddy )
Diaz, Moussa )
Honore, Gary )
Schneider, Keith )
Torres, Peter )
Besson, Rudolf )
Reyes, Diana )
Bilardello, Peter )
Bernstein, Jennifer )
Lako, Douglas )
Chasan, Steven )
Smith, Stephen )
Ramos, Mildred )
Santiago, Bobby )
Riccbono, Daniel )
Ullman, Michael )
Cavill, William )
Restko, Joann )
Smith, H. Carlton )
Gerdts, Brian )
McLarren III, Charles )
Salmoiraghi, Rudaina )
Baer, Robert )
Semper, Jozette )
McNeal-Johnson, Tracy )
Rueda, Maria )
Delfino, Tanya )
Perez, Ariadne )
Betty, Keira )
Moy, Emily )
Funaro, Bruce )
DeSarno Jr., Fredric )

Batiancela, Toni Ann                        )
Matthius, James                             )
Studholme, Tess                             )
Sosa, Nicole                                )
Flood, Shelley                              )
Tichman, Beth                               )
O'Sullivan, Brendan                         )
Bonilla, Gamaliel                           )
Laloi, Pierre                               )
Denson, Robert                              )
Basantes, Adrian                            )
Ryan, Nicholas                              )
Cousar, Sherri                              )
Camacho, Maria                              )
Mowbray, George                             )
Schupak, Shraga                             )
Farrow, Ronell                              )
Lampon, Jeannette                           )
Cesar, Pierre                               )
Collazo, Tiffany                            )
Ho, Vincent                                 )
Leonard, Gloria                             )
Carter, Michelle                            )
Vega, Angel                                 )
Spainek, Lauren                             )
Bilal, Hermien                              )
Smith, Rosalie                              )
St. Louis, Jean Max                         )
Pringle, Edna                               )
Shaheed, Ayesha                             )
Nesbitt, Lisa                               )
Gaskin, Alfredo                             )
Desmedt, Peter                              )
Parris, Renne                               )
Dixon, Nicole                               )
Patterson, Betty                            )
Salas Jr., Nicolas                          )
Guerrero, Francisco                         )
Drakeford, Tanya                            )
Romero, David                               )
Denys, Carlos                               )
Peralta, Juan                               )
Yepez, Maria                                )
Derico, Anthony                             )
Watts, Regina                               )
Billingslea-Hinkson, Shandra                )

| | |
|---|---|
| Burton, Jacqueline | ) |
| Brehon, Jane | ) |
| Lalima, Michael | ) |
| Anchundia, Davi | ) |
| Rivera, Nelson | ) |
| Dufort, Patricia | ) |
| Fanfair-Simon, Erin | ) |
| Hilman Payne, Joann | ) |
| Pearcy, Donald | ) |
| Calva, Elizabeth | ) |
| Ortiz, Jasmin | ) |
| Pearce, Edward | ) |
| Ford, Evelyn | ) |
| Castro, Daynar | ) |
| Santana, Rosuna | ) |
| Martinez, Jose | ) |
| Hibbert, Louise | ) |
| Frckovski, Vlado | ) |
| Nichols, Rosamarie | ) |
| Robinson, Nathan | ) |
| Oguendo, Barbara | ) |
| Rivera, Jose | ) |
| Hinton, Tyiesha | ) |
| Perez, Carlos | ) |
| Copeland, Theodore | ) |
| Belvedere, Michael | ) |
| Rosado, Jason | ) |
| Colon, Alfred | ) |
| Mitchell-George, Melonie | ) |
| Olivier, Edson | ) |
| Torrisi, Amanda | ) |
| Webster, David | ) |
| Frangella, Kristina | ) |
| Hasan, Sajid | ) |
| Schwartz, Herman | ) |
| Munoz, Daniel | ) |
| Fitts, Brendan | ) |
| Azevedo, Carlos | ) |
| Randolph, Eric | ) |
| Lunden, Jessica | ) |
| Coll-Martinez, Andres | ) |
| Geiger, Maria | ) |
| DeAntonio, Rodolfo | ) |
| Keating, William | ) |
| Waterman, Dawnette | ) |
| Mangan, Shafeeza | ) |

Chrisco, Clyde                          )
Navedo, Emilio                          )
Baumann, Raymond                        )
DeFrancesco, Chris                      )
Mastros, Marc                           )
Crutch, Robert                          )
Kammerman, Herbert                      )
Anderson, Courtney                      )
Romeo, Joseph                           )
Imperato Jr., John                      )
Colon, Leslie Ann                       )
Laurenthal, Steve                       )
Richardson, Shayssa                     )
Quinones, Pedro                         )
Celaya, Kayla                           )
Paige, Tammy                            )
Tucker, Amaziah                         )
Edwards, Francina                       )
Carroll, Betty                          )
Mathieu, Michelange                     )
Morales, Michael                        )
Jute, Chris-Robert                      )
Nina, Miguel                            )
Ortega, Ricardo                         )
Pryce, Andrea                           )
Guedes, Adriano                         )
Nesbitt, Lisa                           )
Williams, William                       )
St. Jean, Alexandra                     )
Dere, Erin                              )
McGuire, Joseph                         )
Mendez, Myrna                           )
Walker, Daniel                          )
Lopatine, Vadim                         )
Williams, Tara                          )
Nichols, Guy                            )
Mejias, Michael                         )
Abril, Roberto                          )
Siciliano, Joseph                       )
Rothman, Jonathan                       )
Bedassie, Netta                         )
Soorham-Castro, Sandra                  )
Schiaffo, Michael                       )
Levine, Brett                           )
DeVaynes, Kathleen                      )
Avellino, Linda                         )

Brager, Johana )
Rivera, Marcella )
Goodman, David )
Roman, Christopher )
Namio, Salvatore )
D'Angelo, Mary )
McCoy, Stephenson )
Seddio Jr., Rodolfo )
Cruz, Emilio )
Gwillym, James )
Keren, Ofir )
Gonzalez, Raymond )
Miller, Tommie )
Tome, Mark )
Lugo, Joshua )
Sutherland, Joshua )
Kohut, Anthony )
Bonet, Richard )
Loperena, Richard )
Lewis II, Ormond )
Jackson, Curtis )
Lizcano, Carlos )
Wyggand, Kristin )
Chenkin, Stuart )
Khurin, Yuriu )
Carlo, Robert )
Rivera, Agatha )
Tortorici, Anthony )
Kong, Jing )
Petersen, Ryan )
Palmigiano, Anthony )
Karasik, Edward )
Smith, John )
Stewart, Cindy )
Alicea, Richard )
Rodriguez, Emmanuel )
Graziano, William )
Von Westerhhagen Jr., Keith )
Samerson, Hugh )
Toomey, Michael )
Kim, Min )
Ubiles, James )
Heegan, William )
Medina, Hector )
Gonzalez, Jaime )
Mink, Thomas )

Muthekuderarachi, Don                    )
Johnson, Michael                         )
McNamarn, Stephen                        )
Searles, Joseph                          )
Kaplan, Aleksandr                        )
Williams, Justice                        )
Cumberbatch, Michael                     )
Hayes, Krystal                           )
Doirin, Choeynlyn                        )
Cinetti, Todd                            )
Blake, Brent                             )
McBride, Ebony                           )
Robinson, Ashanti                        )
Dennis, Adrian                           )
Baptiste, Johnsy                         )
Printy, Robin                            )
Johnson, Mark                            )
Weisman, Rebecca                         )
Becker, James                            )
Hudson, Donald                           )
Pasterak, Sharon                         )
Frawley, Katherine                       )
Cross, Conrad                            )
McCabe, James                            )
Serafa, Steven                           )
LaRock-Trail, Yvonne                     )
Muhammad, Karima                         )
Gandolfo, Carl                           )
Rivera, Ariel                            )
Floyd, Ronald                            )
Nichols, Jeffrey                         )
McLune, Tyrone                           )
Miller, Latisha                          )
Camejo, Zaith                            )
Ellis, Doraun                            )
Knowles, Kerone                          )
James-Raju, Sonia                        )
Grassia, Kyle                            )
Ruiz, Edward                             )
Cengiz, Cemal                            )
Perez, Tina                              )
Gonzalez, Stephan                        )
Darnowski, Kevin                         )
Murphy, Ryan                             )
Winik, Asher                             )
Dinh, Trinh                              )

Legall, Marie                        )
Rizzieri, Elda                       )
Page-Walthrus, Nyla                  )
Baez, Raul                           )
Thompkins, Mario                     )
Dussuan, Michael                     )
Khriyeuko, Pavel                     )
Salmoiraghi, Richard                 )
Leo, William                         )
Madera, Juan                         )
DelValle, Alicia                     )
Laljeit, Monica                      )
Malo, Pedro                          )
Medina, Francisco                    )
Burgos, Daniel                       )
Segovia, Jr., Andres                 )
Joseph, Alexis                       )
Cassa, Diana                         )
Stabile, Mark                        )
RamJas, Ryan                         )
Stein, Hillel                        )
Walker, Niecia                       )
Brathwaite, Joel                     )
Smythe, Garfield                     )
Fanning, Kevin                       )
McDonald, David                      )
Vega, Diocar                         )
Aviles, Melinda                      )
Aviles, Lido                         )
Taitt, Seon                          )
Serrano, Betzaida                    )
Kernizan, Vladimir                   )
Santini, Tameca                      )
Daly, Michael                        )
Jack, Aman-Re                        )
Santiago, Ramon                      )
Machado, Richard                     )
Watts, Richard                       )
Hernandez, Cristobal                 )
Davius, Sorffly                      )
Villanueva, Anthony                  )
Villanueva, Marilin                  )
Olivo, Gerson                        )
Withworth, Treuton                   )
Radovic, Eddie                       )
Rivera, Matthew                      )

Negri, Allesandro )
Rivas, Ramses )
Uzcategui, Silvana )
Ruiz, Joseph )
Ramjas, Ryan )
Aimable, Gregory )
Olivo, Arelis )
Persad, Anthony )
Valenzuela, Maria )
Martinez, Kenneth )
Harris, Darren )
Charboneau, Pierre )
Steinle, Glenn )
Losquadro, Jr., Joseph )
Torres, Fausto )
Moreland, Julie )
Fitzpatrick, Daniel )
Lindie, Aubrey )
Le, Andy )
Smith, Ian )
Rios, Anthony )
Aviles, Freddy )
Butt, Evan )
McKenzie, Barbara )
Bittar, Timothy )
Daly, Joseph )
Scaccio, Rich )
Mahoney, Sean )
Ryan, Brendan )
Cherilus, Jefferson )
Hyppolite, Rudy )
Hastings, Kelly )
Gonzalez, Jason )
Gutleizer, Shaya )
Graterol, Blauri )
Coyne, Ronald )
Watson, Elizabeth )
Lau, Terence )
Boyle, Justin )
Anderson, Xavier )
Seabra, Joad )
Tobin, Jennifer )
Baker, Isaiah )
Morel, Diego )
Medina, Freddy )
Sidtis, Ann-Marie )

Rock, Latoya                              )
Yusupov, Roman                            )
Yagudayev, Gedion                         )
Clark, Keith                              )
Estella-Rivera, Nataly                    )
Johnson, Tosha                            )
Rasheed, Aziza                            )
Thompson, Michael                         )
Yearwood, Deanna                          )
Razenson, William                         )
Guerrero, Luis                            )
Nelson, Kristofor                         )
Bradshaw, Ian                             )
Nieves, Mailyn                            )
Santos, Kelvin                            )
Cavaliere, James                          )
Cosme, Leila                              )
Waldrop, Nicholas                         )
McHugh, James                             )
Kiselilik, Sergiy                         )
Duguid, Kinessa                           )
Collier, Darrell                          )
Medina, Rafael                            )
Furguson, Dwight                          )
Primo, Kalis                              )
Marullo, Anthony                          )
Jerome, Marcus                            )
Nurslov, Marat                            )
Cortes, Gary                              )
Rodriguez, Oshiamara                      )
Mack, Ronald                              )
Hunter, Oneil                             )
Paige, Sharay                             )
Young, Aaron                              )
Carpenter, Stephen                        )
Laporte, Jeffrey                          )
Charles, Stephanie                        )
Guirand, Jr., Roland                      )
Andrew, Somaiah                           )
Signer, Edmund                            )
White, Liona                              )
Chatman, Tawana                           )
Ronay, Zarina                             )
McCoy, Sophia                             )
Sochor, William                           )
Weeks, Lauren                             )

Curtis, Dylan )
Gagliano, John )
Burke, Jeffery )
Brathwaite, Victor )
Schwager, Charles )
Carr, Gerald )
Irizarry, Melissa )
Kemp, Sikinia )
Duque, Susanne )
David, Kerry )
Gjyrezi, Erlis )
Saks, Brian )
Walsh, Ryan )
Alleyne, Shanice )
Pignataro, Leslie )
O'Keefe, David )
Hubbard, Morris )
Warmhold, Kristen )
Schultz, Michael )
Maneri, Vincent )
Jones, Brenda )
Cory, Tamarah )
Hutchinson, Showin )
Jones, Andre )
Babb, Roxie )
Mulroy, Brendon )
Lopez, Luis )
DeSantis, Brian )
Harnarain, Rajindra )
Scarinz, Steven )
Mattocks, Dorthea )
McGee, James )
Silas, Kenneth )
Forster, Christine )
Cavanna, Keisha )
Bogle, Kenneth )
O'Farrell, Joseph )
Francis, Oral )
Imperial, Corey )
Tiedge, Kristopher )
Wilson, Diana )
Torre, Felipe )
Beitel, Jared )
Marin, Louis )
Graves, Razgiem )
Roman, Marcelino )

Cameron, Rose-Marie )
Sharma, Ajay )
White, Alwain )
Mallette, Christopher )
Broome, Jonathan )
Palmer, Lamar )
Griffin, Shavar )
Mangrella, Ralph )
Jennings, Kevin )
Ara, Christopher )
Saint-Surin, Louis )
Berrios, Robert )
Gonzalez, Adi )
Phillips, Timothy )
Forrest, Shauna )
Hodges, Chalako )
Liz, Krystle )
Saint-Diz, Kevin )
Remon, Roberto )
Nakouzi, Rodrigo )
Specht, Sophie )
Specht, Christopher )
Reggler, Giovanni )
Velez, Elvis )
Hargott, Michael )
Jordan, Ian )
Van De Mark, Joseph )
Dwyer, Jason )
Muller, Ludmila )
Jones, Vanchella )
Lichtman, Joseph )
Rivera, Peter )
Naseem, Kanwal )
Pellot, Carmen )
Chen, Dennis )
Wilson, Brian )
Calhoun, Tracy )
Wade, Jessica )
Nathanson, Ari )
Donaldson, Justin )
Buder, Christopher )
Khan, Steven )
Compere, Weber )
Abramav, Iller )
Singleton, Sherry )
Terranova, Anthony )

Jackson, Melissa                              )
Colon, Joseph                                 )
Mercado, Jason                                )
Mueses, Jessibell                             )
Warr, William                                 )
Ramirez, Angel                                )
Gospodinov, Peter                             )
Frantzen, Peter                               )
Gordon, Rolando                               )
Biscuiti, Coary                               )
Murphy, Joseph                                )
Vega, Jessica                                 )
Prentice, Erma                                )
McLean, Shane                                 )
Farrara, Thomas                               )
Chowdhury, Nazbi                              )
Warren, Othaniel                              )
Ramos, Andrew                                 )
Kelly, Michael                                )
Fink, Kenneth                                 )
Miranda, Maria                                )
Kim, Namwu                                    )
Forde, Vicki                                  )
DaSilva, Catarina                             )
Guy, Cecil                                    )
Krakower, Elyse                               )
Moynihan, Daniel                              )
Rodriguez, Jr, Alfredo                        )
DeCosta, David                                )
Bohn, Christopher                             )
Tavernite, Dennis                             )
Fanelli, Vincent                              )
Keegan, Daniel                                )
Byrd, Alex                                    )
Jimenez, Joshua                               )
Lugo, Tanya                                   )
Hunt, Mark                                    )
Ford, Karen                                   )
Otero, Ricardo                                )
Pione, James                                  )
Trace, Robert                                 )
Smith, Michael                                )
Broccoli, Lauren                              )
Porcello, Paul                                )
Jankowski, Jr., Thaddeus                      )
Aron, Benzion                                 )

Fennell, Daniel                              )
Paulino, Siul                                )
Hui, Gary                                    )
McKeithen, Daja                              )
Sugden, John                                 )
Vassios, John                                )
Solano, Dennis                               )
Partiola, Christopher                        )
Vargas, III, Joseph                          )
McKean, Lucas                                )
Holzberg-Pill, Shoshana                      )
Elvy, Danny                                  )
Araujo, Joseph                               )
Aran, Stephen                                )
Duffus, Christopher                          )
Schramm, Michael                             )
Torres, Madeline                             )
Ortiz Arredondo, Sileiza                     )
Lynch, Paul                                  )
Appel, Nicholas                              )
DeGroot, Angela                              )
Haraburda, Cezary                            )
Toral, Dennis                                )
Roshwi, Bushra                               )
Latkovic, John-Phillip                       )
Mejia, Jonathan                              )
Ginobbi, Joseph                              )
Chan, Wilson                                 )
Hix, Eileen                                  )
DeLeon, Robert                               )
Pozino, Dino                                 )
Schmidt, Amanda                              )
Seaberry, Richard                            )
McGrath, Sean                                )
Sierra, Daniel                               )
Lehmann, Carol                               )
Conway, Lucy                                 )
Scott, Lavell                                )
Santillo, Justin                             )
Khan, Rehan                                  )
Sotomayor, Bryan                             )
Stadler, Jeremy                              )
Thomas, Shawn                                )
Tanis, Rodrigue                              )
Tumer, Mahaujah                              )
Thompson, Kavon                              )

Pariona, Dangello                            )
Maratore, Marc                               )
Richards, Kenneth                            )
Panaso, Daniel                               )
Mazzola, Michael                             )
Mondo, Evangelo                              )
Rissoon, Steven                              )
Kornberger, Michael                          )
Logan, Patrick                               )
Hernandez, Leandro                           )
Herrera, Ocean                               )
Hernandez, Camilo                            )
Mele, Christian                              )
Miller, Stacie                               )
Hagemann, Christopher                        )
Fennell, Michael                             )
Dikiy, Artem                                 )
English, Dylan                               )
Marin, Andres                                )
Frohnhoeffer, Jonathan                       )
Martin, Felicitas                            )
Clark, James                                 )
Connors, Joanna                              )
Collazo, Amanda                              )
Chen, Zhen                                   )
Gallo, Anthony                               )
Garcia, Kahmil                               )
Guglielmo, Tiana                             )
Goncalves, Jonathan                          )
Hoyos, Bryan                                 )
Jones, Andrew                                )
Kats, Nataliya                               )
Jean, Anthony                                )
Ceballos, Ivan                               )
Akowe, Kunle                                 )
Aberra, Yosef                                )
Maisonave, Peter                             )
Yepez, Jefferson                             )
Schabauer, Conrad                            )
McKeon, Charles                              )
Pierre-Louis, Andre                          )
Cange, Jerry                                 )
Connell, Danielle                            )
Whynn, Fredrick                              )
Munch, Deborah                               )
Daly, Ryan                                   )

Khan, Jawed                              )
Moise, Gladimyr                          )
Hattan, Kimberly                         )
Laurino, Frank                           )
Banton-Leigh, Jillian                    )
Brough, Kathleen                         )
Flanagan, Brian                          )
Ortiz, Joel                              )
Ally, Farouk                             )
Follins, Monique                         )
Vasquez, Joseph                          )
Berroa, Richard                          )
Lewis, Maurice                           )
Greco, Deborah                           )
Li, Randy                                )
McCormack, Michael                       )
Dunes, Ellis                             )
Capers, Tyrone                           )
Badillo, Benjamin                        )
Donnelly, Mark                           )
Rahman, Rezavro                          )
Virgile, Jennifer                        )
Clunes, Ryan                             )
Mucci, Nicole                            )
Henriquez, Juan                          )
Paulino, Anthony                         )
Peguero, Christian                       )
Kilroy, Brian                            )
Husak, Joe                               )
Soler, Teresa                            )
Forcenito, Christopher                   )
Johnson, Ronald                          )
Cruz, Rebecca                            )
Byrd, Keshica                            )
George, Ian                              )
Wit, Maggie                              )
Porgrebinsky, Bernard                    )
Ragaglia, Stephen                        )
Lozano, Melvin                           )
NG, Jeanne                               )
Stanley, Shakir                          )
Melas, Alexander                         )
Mueller, Louanne                         )
Busa-Farkas, Evangelo                    )
Arias, Jose                              )
Melas, Michael                           )

Wilding, Samantha )
Marsango, Sarah )
Reyes, Carlos )
Taylor, Alvin )
Riffey, Katherine )
Hayter, James )
Flemming, Lee )
Constantino, Gus )
Acevedo, James )
Lejarde, Katty )
Caballero, Giovanna )
Moran, Michael )
Wyche, Jalen )
Rhaburn, Alvin )
Cancetty, TeriAnn )
Bao, Xiaotian )
Curry, Peter )
Rosado, Carin )
Bronshtegn, Artur )
Epshteyn, Nolan )
Robalino, Giannella )
Contreras, Julio )
Pagan, Michael )
Liskowitz, Christina )
Cuccio, John )
Perrotta, Patrick )
Brandstetter, Joseph )
Watcher, Eric )
Mazzarella, Vincent )
Gallagher, Kurt )
Reeve, David )
Correa, Miguel )
Aryeh, Robert )
Nerone, Vincent )
Borriello, Michael )
Wright, Letasha )
Marthane, Harry )
Applewhite, Nkosi )
Valverde, Adriana )
Benjamin-Bernstein, Joshua )
Flood, Kevin )
Williams, Delano )
Torres, Myra )
Torres, Roberto )
Aurelien, Alexandra )
Valdes, Joshua )

Harris, Russell                       )
Garcia, Christian                     )
Bacchus, Lynn                         )
Soden, John                           )
Mendez, Oslen                         )
Falcon, Yvette                        )
Edwards, Laitrice                     )
Otero, Peter                          )
Healy, Raymond                        )
Lopez, Diana                          )
Brauner, William                      )
Logue, Peter                          )
Torres, Neil                          )
Canter, Joy                           )
Conklin, Michael                      )
Kwok, Josephine                       )
Irizarry, Irma                        )
Morales, Isaiah                       )
Victor, Rachel                        )
Sanchez, Charles                      )
Caban, Ismael                         )
Montalvo, Louis                       )
Perz, Elizabeth                       )
Meinen, Marian                        )
Cappock, Richard                      )
Dellova, Vincent                      )
Chambers, David                       )
Rodriguez, Jasmine                    )
Ahmetaj, Hashie                       )
McCoy, Martina                        )
Alvarez, Jimmy                        )
Avila-Hyde, Jesan-Michael             )
Lewis, Richard                        )
Fitch, Josh                           )
Acosta, Wilbert                       )
Rosati, John                          )
Cordero, Henry                        )
Walsh, Michael                        )
Sanchez, Michael                      )
Tacopino, Nicholas                    )
Daly, Christopher                     )
Cucinelli, Mary                       )
LaRay, Kevin                          )
Roddy, John                           )
Tortorielli, Stephen                  )
Arnold, Miriam                        )

Dixon, Edward                          )
Thorsen, Steven                        )
Colamarino, Craig                      )
Gayle, Michael                         )
Catillo, Nicholas                      )
Boris, Thomas                          )
Cielto, Anastasius                     )
Barningham, Ethan                      )
Acosta, Bernadette                     )
Reyes, Favio                           )
Nunez, Andy                            )
Byrns, James                           )
Mendonca, Dewey                        )
Spinelli, Joseph                       )
Rivas, Dan                             )
Harrison, Noel                         )
Kripalani, Andoreana                   )
Bremen, James                          )
Seebrat, Michael                       )
Doremus, George                        )
Gaw, Alfredo                           )
Wasyl, Raymond                         )
DelSorbo, Michael                      )
Ortiz, Jr., Richard                    )
Randazzo, Sean                         )
Scanlon, Peter                         )
McDonald, Ashley                       )
Yu, Anlo                               )
Sprofera, Alexander                    )
Hammad, Ali                            )
Lovegren-Boyle, Kristin                )
Maikels, Allen                         )
Demeester, Michael                     )
Galicia, Outes                         )
Yu, Kenny                              )
PierGiovanni, Joseph                   )
Druse, Saledad                         )
Mignano, Michael                       )
Valenzi, Robert                        )
Lee, Hyo                               )
Touati, Mourad                         )
Mahoney, Christopher                   )
Rest, Scott                            )
McGregor, Keith                        )
Segot, Joseph                          )
Cheng, Kenny                           )

Meyer, Michael                              )
Alvarez, Bridget                            )
Rivera, Jenelle                             )
Ramirez, Edgar                              )
Laskowski, Richard                          )
VilleJoint, Mario                           )
Murray, Lavern                              )
Torres, Camalia                             )
Stokes, Melvin                              )
Schettino, Emile                            )
Santos, Sharon                              )
Branch, Jesse                               )
Valenta, Chez                               )
Fernandez, Samuel                           )
Reiner, Andrew                              )
Romanl, Christopher                         )
Beltram, John                               )
Cruz, Joe                                   )
Harris, Keesha                              )
Moran, Brian                                )
Torres, Thomas                              )
Edrehi, Anthony                             )
Golino, Erica                               )
Bliss, Conor                                )
Berrios, Victor                             )
Meringolo, William                          )
Cadotte, John                               )
O'Neil, Patrick                             )
Molina, Syndie                              )
Sorzocinski, Magdalena                      )
Villaverde, Guillermo                       )
Frantz, Oriol                               )
Barbour, Daniel                             )
Miranda, Andres                             )
Dougherty, Kevin                            )
Vasquezaldana, Joseph                       )
Rivera, Marco                               )
Wu, Ming Ze                                 )
Dyckman, Karl                               )
Entwisle, Watson                            )
Chatelain, Jerry                            )
Li, Ron                                     )
Martinez, Francisco                         )
Echevarria, Christopher                     )
Shipley, Brendan                            )
Malinay, Orlando                            )

Trinidad, Jose )
Floyd, Greg )
Carrion, Jason )
Janis, Timothy )
Cassano, Joseph )
Stern, Adam )
Falcone, Jason )
Gruarin, Eric )
Cruz, Allen )
Khalef, Alexander )
Paulino, Michael )
Yen, Andrew )
Gaengan, Japhet )
Vasquez, Leonides )
McCauley, Sean Kelly )
Gibor, Edison )
Fonseca, Bruce )
DiGivlio, Matthew )
Bartels, Jason )
Gref, Ryan )
Rodriguez, Yesenia )
Kowalski, David )
Matthews, Shawn )
Companion, Gregory )
Gilbert, John )
Feintuch, Harvey )
Curatolo, Michael )
Fredette, Robert )
Kupferberg, Franklin )
Wong, Danny )
Acosta-Rayos, Elizabeth )
Spooner, David )
Santiago, Nilda )
Aguirre, Aaron )
Staubitser, Thomas )
Perez, Jr., Miguel )
Reitzen, Kevin )
Chan, Marvin )
Parisi, Joseph )
Santos, Ricardo )
Katsanakos, Andrea )
Gomez, Alexander )
Barrow, Granger )
Corso, Antonino )
Daniels, Jr., Eugene )
Thomas, Kimera )

Reisenaux, Jeffrey                        )
Goepfert, Don                             )
Ribeiro, Paul                             )
Palladino, John                           )
Seidman, Joshua                           )
Egan, Jacqueline                          )
Encarnacion, George                       )
Pneuman, John                             )
Moore, Shavone                            )
Emanuele, Nicholas                        )
Murillo, Dubva                            )
Gorski, Joseph                            )
Cerquera, Cesar                           )
Dun, Richard                              )
Liporace, Michael                         )
Sannuto, Tony                             )
Baumann, Shawn                            )
Rose, Robert                              )
Cooke, Alan                               )
Hartnett, Lauren                          )
Komondorea, Christian                     )
Covington, Barkim                         )
Price, Clifton                            )
Pierre, Jenelle                           )
Verbitzki, Andrew                         )
Ashby, Rohan                              )
Wright, Colin                             )
Holdip, Sean                              )
Parris, Gregory                           )
Saint Louis, Djhonny                      )
Rodriguez, Joseph                         )
Hamilton, Susan                           )
Adams, Devon                              )
Daniels, Errol                            )
Ruiz, Richard                             )
Gomez, Dilshan                            )
Souffrant, Marie Nicole                   )
Caine, Gregory                            )
Young, Paul                               )
Weiss, Jonathan                           )
Veluz, Valerie                            )
Varricchio, Anthony                       )
Trice, Emilly                             )
Tretyakov, Dmitriy                        )
Stuhler, Michael                          )
Stephen, Jesse                            )

Scott, Herrin                              )
Sclafani, Michael                          )
Scheel, Christopher                        )
Rodriguez, Samantha                        )
Rose, Ryan                                 )
Rozas, Brian                               )
Rodriguez, Henry                           )
Reid, Marlena                              )
Recce, Leila                               )
Purciarelli, Nicole                        )
Nieves, Kimberly                           )
Mulvihill, Michael                         )
Hoey, Thomas                               )
Gonzalez, Alex                             )
Garcia, Sonia                              )
Figado, Timothy                            )
Ferrara, Michael                           )
Dorman, Jaroslaw                           )
Criscitiello, James                        )
Cordero, Jose                              )
Branath, Dan                               )
Bentley, Brandon                           )
Banegas, Jennifer                          )
Antonelli, Nicholas                        )
Bey, Idris                                 )
Jagernauth, Rudolph                        )
Jarsen, Ryan                               )
Jean, Dominique                            )
MacDonald, Keith                           )
Louis, Pierre                              )
Lombardi, Joshua                           )
Krause, John                               )
Korinek, John                              )
Kalamaras, Michael                         )
Michel, Kirvens                            )
Mendez, Johnathan                          )
McGowan, Stephen                           )
McCalla, Jr., Ainsworth                    )
Maraio, Nicole                             )
Magnuson, Robert                           )
MacDonald, Michael                         )
DePietro, Judi                             )
Manifold, Dexter                           )
Dunton-Muhammad, Seleana                   )
Bovell Ali, Antonette                      )
Lipsitt, Alexander                         )

Cobb, Beverly                              )
Bath, Dane                                 )
Pizzo, Frank                               )
Bedoya, Claudia                            )
Otero, Eduardo                             )
Marengo, Angel                             )
Evans, John                                )
Nance, Jamilah                             )
Vazquez, Nicholas                          )
Aguirre, Rafael                            )
Dunn, Rayshaw                              )
Mendez, Redwin                             )
Rodriguez, Christopher                     )
Cassovetto, Salvatore                      )
Healy, Shawn                               )
Dennis, Peyton                             )
Guzman, Douglas                            )
Bradshaw, Michael                          )
Savinon, Edward                            )
Duncavey, Christopher                      )
Marrero, Julio                             )
Brothers, Stephen                          )
Lopez, Robert                              )
Carrera, Damian                            )
Ramos, David                               )
Puinde, Pablo                              )
McIntosh, Jason                            )
Johnson, Vincent                           )
Girao, Marco                               )
Skodnek, Cliff                             )
Loscalzo, Michael                          )
Pichardo, Joeni                            )
Oliver, Curtis                             )
Espinal, Jeffrey                           )
Topper, Yehuda                             )
Green, Darryle                             )
Meyer, Joseph                              )
Maldonado, Jessica                         )
Floreal, Ernst                             )
Capunay, John                              )
Quick, Annuon                              )
Frumer, Joshua                             )
Giannella, Matthew                         )
Ramirez, Johnathan                         )
Aparicio, Yuonne                           )
Martino, Christopher                       )

Cabello, Ralph )
James, Andre )
Werner Jr., Keith )
Curling, David )
Diaz, Ramon )
Henry, Ewart )
Francis, Kathyann )
Martinez, Sylvia )
Kelly, Christopher )
Wright, Sean )
Cruz, Yeny )
Cordova, Nicholas )
Hannan, Michael )
Aberg, Wayne )
Carrillo, Luis )
Espadas, Francisco )
Upshur, Tina )
Duff, Jim )
Byfield, Damien )
Barillas, Lissette )
Canada, Oscar )
Tauber, Jacob )
Fein, David )
Vaval, John )
Krasilovsky, Erica )
Mustafa, Said )
Mathieu, Daniel )
Pinto, Rodrigo )
Borrello, Peter )
Dennehy, Michael )
Von Der Linn, James )
Moreta, Edgar )
Moore, Jazmine )
Merced, Mary )
Russo, George )
Easop, Bryan )
Zanpawala, Mohmedidris )
Papia, Jonathan )
Benson, Kimberly )
Morales, Jorge )
Parchment, McCray )
Coleman, John )
Gordon, Anthony )
Lacroze, Monique )
Paltooram, Odelmo )
Yoon, YuGun )

Discepolo, Joseph                          )
Kenny, Michael                             )
McNeary, Treyvia                           )
Cruz, Joseph                               )
Imburgia, Justin                           )
Young, Arthur David                        )
Schwartz, Joshua                           )
DeSantis, William                          )
Stein, Nicholas                            )
Keshemberg, Julie                          )
McKeon, Kevin                              )
Tejada, Erika                              )
King, Michael                              )
Schaaf, Kevin                              )
Albo, Joseph                               )
Li, Frank                                  )
Oyague, Frank                              )
Urbielewicz, Robert                        )
Roberts, Peter                             )
Scalise, Matthew                           )
Nash, Kevin                                )
Cira, David                                )
Hopkins, Vincent                           )
Rathour, Mohinder                          )
Steinle, Kevin                             )
Mendler, Christian                         )
Goodridge, Daryl                           )
Zeeshan, Ali                               )
Ingram, Eric                               )
Occhipinti, Andrea                         )
Alaby, Rene                                )
Lewis, Christpher                          )
Antignano, Daniel                          )
Polanco, Melody                            )
Kornbluth, Andrew                          )
McLeon, Godfrey                            )
Darden, LaToya                             )
Hodgey, Andrew                             )
Zummo, Michael                             )
Dorman, Michael                            )
Razumov, Alexander                         )
Criado-Garcia, Juan                        )
Barba, Kimberly                            )
Belgrave, Eduardo                          )
Fleming, Robert                            )
Mare, Robertson                            )

Ramsook, Nigel                                )
Cuello, Joseph                                )
Maltina, Daniel                               )
Ratz, Ronald                                  )
Flaksman, Stanislav                           )
Niyazov, Nariman                              )
McCormack, Michael                            )
Petrillo, James                               )
Castelli, Joseph                              )
Kim, Mintae                                   )
Belkacem, Sadek                               )
Alicia, Alexis                                )
Milatta, Charles                              )
Hurtado, Alan                                 )
Kostadin, Paul                                )
Gettens, William                             )
Giacalone, Matthew                            )
Lindie, Christina                             )
Campbell, Michelle                            )
Deluott, Christopher                          )
Nikulin, Vladimir                             )
Shiwgobin, Jaime                              )
Yuabov, Andrey                                )
Weinstein, Stuart                             )
Emington, John                                )
Costello, Jason                               )
Roman, Lionel                                 )
Fitzpatrick, Kristen                          )
Gonzalez, Michael                             )
Visceglia, Vincent                            )
Sandvill, Matthew                             )
Raynor II, Charles                            )
Gu, Sheng                                     )
Givens, Roy                                   )
Singh, Rajbir                                 )
Flores, Miguel                                )
Villafare, Philip                             )
Muriel, Martha                                )
Garcia, Jessy                                 )
Rodifeld, Michael                             )
Perez, Deborah                                )
Luciano, Josue                                )
Vela, Frank                                   )
Buccieri, Keith                               )
Guadron, Carlos                               )
Ferrer, Tamara                                )

Dorner, Frederick )
Smith, Ceasha )
Lawrence, Crystal )
Billian, Jonathan )
Vaccard, Peter )
Rios, Andrew )
Lopez, Johnny )
Malayev, David )
Taylor, Christopher )
McCarthy, Thomas )
Ahrems, Keith )
Roeder, Craig )
Verspoor, Jason )
Solis, Joe )
Hawkins, Richards )
Oster, Jennifer )
Persao, Siewnarine )
Alveari, Vanessa )
O'Neill, James )
Harrington, Brian )
Fetscher, Brian )
Lopez, Lisa )
Neeley, Kyra )
Castro, Anthony )
Klempner, Tracy )
Haynes, Kornelia )
Sampson, Michelle )
Perez, Jose )
Malwitz, James )
Torres, Laura )
Donawa, Patricia )
Sampson, Steven )
Canders, Desiree )
Pernice, Ashley )
Richardson, Tania )
Serrano, Alejandra )
Wallace, Paul )
Vasquez Jr., Melido )
Hoey, Laura )
Cintron, Nelson )
Reardon, Michael )
DesGouttes, Steven )
Khalid, Adil )
Brock, Andrew )
Lynch, Jonathan )
Del Monico, Richard )

Braddy, Gregg                          )
Jones, Antar                           )
McDonald, Kevin                        )
Colon, Jose                            )
Perez, Miguel                          )
Akinrodoye, Festus                     )
Saybe, Janette                         )
Sanchez, Jesus                         )
Pierluissi, Carl                       )
Schulz, Donna                          )
Murphy, Nora                           )
Ephraim, Barbara                       )
Rollins, Lynwood                       )
Price Sr., Robert                      )
Roy, Sujit                             )
Rahman, Mohammad                       )
Ogunblyl, Paul                         )
Lysden, Joseph, Jr                     )
Concepcion, Arthur                     )
Medina, Edward                         )
Ortiz, Carlos                          )
Butterbaugh, Allen                     )
Goodwin, Robert                        )
Vice, Brehene                          )
Graham, Kahlia                         )
Hall, Claude                           )
Palladino, John                        )
Kelly, Chante                          )
Jesensky, Jonathan                     )
Rodriguez, Carlos                      )
Sierra, Aramis                         )
Cruz, Veronica                         )
O'Neil, Robert                         )
Bielicki, Stephen                      )
Gilkes, Christopher                    )
CienFuegos Ortiz, Martha               )
Acevedo, Alex                          )
Worms, Patrick                         )
Allen, Kevin                           )
McCornell, John                        )
McCallo, Shawn                         )
Heer, John                             )
Martinez, Valerie                      )
Silveira, Roberto                      )
Camporeale, Desiree                    )
Cadogan, David                         )

Barrett, Dale                          )
Pruden, Albert                         )
Heinze, Scott                          )
Mendelson, Jason                       )
Payamps, Fernando                      )
Acosta, Wilbert                        )
Cataldi, Franklin                      )
Berilacqua, Joseph                     )
Burgos, Brenda                         )
Washington, Brandy                     )
James, Cynthia                         )
Barbaria, Kyle                         )
Bailey-Hooper, Lancia                  )
Wilkey, Anthony                        )
DeAngelo, Thomas                       )
Caldarella, Giovanna                   )
Forbes, Percy                          )
Alavarces, Richard                     )
Tortoriello, Stephen                   )
Culllen, Anthony                       )
Pastor, Frank                          )
Fisher, Corey                          )
Camaj, Robert                          )
Swindell, Kenneth                      )
Crocco, Marissa                        )
Rice, Shawn                            )
Hockenjos, Robert                      )
Arson, Timothy                         )
Hoder, Stephen                         )
Devine, Christopher                    )
Levine, Jeffrey                        )
Healey, Michael                        )
Clifford, Kern                         )
Godizzaro, Stephanie                   )
Martinez, Renzo                        )
Millan, Priscilla                      )
Mayrose, John                          )
Rush, William                          )
Orlik, Christopher                     )
Respol, Christopher                    )
Burnett, Kerry                         )
Figueroa, Michael                      )
Jacobs, Elliot                         )
Leger, Nancy                           )
Maningo, Douglas                       )
Peters, Amanda                         )

Orive, Alexander                            )
Andreusian, Aren                            )
Singer, Maxwell                             )
Tenorio, Vanessa                            )
Jimenez, Samuel                             )
Wood, Jeffrey                               )
Marino, John                                )
Gilkes, Dwayne                              )
Russo, Michael                              )
Narain, Jason                               )
Lavaud, Jacques                             )
Aarons, Stacey                              )
Vasselman, Ryan                             )
D'Amaro, Nicholas                           )
Brower, Jennifer                            )
Brown, Bruce                                )
Gerrish, Julianne                           )
Esquivias, Josette                          )
Rivera, Rosa                                )
Caggiano, Robert                            )
Corcoran, Cindy                             )
San Severo, DonnaMarie                      )
Tumbaco, Giovanni                           )
Cilento, Michael                            )
Diaz, Nelly                                 )
Hasan, Mukhtar                              )
John, Alicia                                )
Rodriguez, Franklin                         )
Buoninfante, Alfonso                        )
Daniel, Michelle                            )
Abramsha, Linda                             )
Rivera, Richard                             )
Minkow, Adam                                )
Johnson, Kenneth                            )
Chapman, Charles                            )
Rosenthal, Andrew                           )
McQuoid, Thomas                             )
Crowley, Edward                             )
Fiore, Carmine                              )
Orr, Joel                                   )
Pascale, Matthew                            )
King, Shawn                                 )
Brawley, Jesse                              )
Gamble, Dwane                               )
Ruiz, Adam                                  )
Koszowska, Ewa                              )

Thomas, Elwood )
Leslie, Wayne )
Lam, Larry )
Soto, Hector )
Griffith, Glenroy )
Mahon, Tené )
Genois, Franer )
Alicea, Robert )
Gardiner, Joshua )
Moore, William )
Rizzo, Allen )
Tennant, Winston )
Gibberman, Ronald )
Bryant, Sharon )
Feliciano, Domingo )
Brewster, Randolph )
Flood, Vince )
Roman, Jorge )
Howard, Natasha )
Ochoa, Jason )
Josten, Sean )
Robinson, Eric )
Joseph, Elis )
Lazar, Jason )
Bossack, Staci )
Farmer, Kem )
Middleton, Terrance )
Rushing, Carletta )
Franco, Eric )
Quintero, Ricardo )
Llano Hepburn, Betty )
Minton, Jordan )
Lustica, Theresa )
Travers, Michael )
Pabon, Arnold )
Vazquez, Pablo )
Rodriguez, Edward )
Marrero, Tanya )
Quinones, Omar )
Laffan, David )
Vasquez, Roy )
Perez, Anthony )
Rodriguez, Joshua )
Chong, Stephen )
Nelthrope, Kiri )
Olaya, Diana )

Espinoza, Julio                                    )
Morra, Lawrence                                    )
Ortiz, Iris                                        )
Pasco, Christian                                   )
Tyson, Hernan                                      )
Buyund, Katrina                                    )
Santiago, Carlos                                   )
Sequeira, Rafael                                   )
Scott, Dwight                                      )
DeMinno, Steven                                    )
Roman, Victor                                      )
Striano, Anthony                                   )
Hunt, Jennifer                                     )
Power, Sean                                        )
Wong, Dennis                                       )
Dedivanovic, Tony                                  )
Watin, Migdalia                                    )
Bocanegra, Aline                                   )
Brock, Telina                                      )
Anthony, Sanchez                                   )
Poluscar, James                                    )
Morales, Marco                                     )
Lawing, Myron                                      )
Clark, Walter                                      )
Prescott, Lauren                                   )
Reyes, Vanessa                                     )
Harris, Jaclyn                                     )
Korabel, Diana                                     )
Gutnick, Bruce                                     )
Santiago, Peter                                    )
Featherstone, Matthew                              )
Mirchin, Travis                                    )
Mctier, Karen                                      )
Canales, Miguel                                    )
Scullark, Percy                                    )
Diaz, Rocky                                        )
Guibert-Delgado, Karel                             )
Soto Jr, Robert                                    )
William, Marvin                                    )
Michael, Katernia                                  )
Reyes, Jessica                                     )
Gonzalez, Andre                                    )
Disapio, Anthony                                   )
Santiago, Jennifer                                 )
Archer, Eric                                       )
Rios, Cesar                                        )

Mimyety-berroa, Dariell )
Nieves, Christian )
Arroyo, Alexander )
O'Rorke, Kimberly )
Rodriguez, Edward )
Rahyab, Usman )
Garcia, Miguel )
Rivera, Michael )
Mejia, Ernesto )
Kagenaar, Christopher )
Mendez, Edwin )
Bellino, Joseph )
Spreckels, Thomas )
Favata, Salvatore )
Diaz, Ramirito )
Bialeglowski, Edward )
Matorik, Eric )
Hart, Jessica )
Fiorito, Matthew )
Torres, Alberto )
Rivera, Melissa )
Pressler, Todd )
Mihailescu, Alexander )
Maldonado, Melvin )
Codrington, Robert )
Portela, William )
Portela, Robert )
Koretzky, Peter )
Jones, Jennifer )
Pena, Maximo )
Croque Jr., Kenneth )
Campos, Selvin )
Pabon, Alfred )
Romero, Edgar )
Lagaris, Amy )
Harricharan, Dindeyal )
Benel, Jacqueline )
McCarthy, Joseph )
Sola, Jocelyn )
Wong, Dennis )
Perez, Fruto )
McNally, Michael )
McCarthy, Peter )
Piachot, Mark )
Joseph, Fritz )
Lagares, Eileen )

Ayala, Angel                    )
Burgess, Tyeisha                )
Figueroa, Jerry                 )
Omansky, Eve                    )
O'Grady, Justin                 )
Vasquez, Francisco              )
Ramos, Orlando                  )
Setorie, Morgan                 )
Rivera, Alexis                  )
Jones, Jason                    )
Catalano, Eileen                )
Sottile, Robert                 )
Vanegas, Joanna                 )
Hamm, Antoine                   )
Rodriguez, Ruben                )
Baez, Dianla                    )
Wyne, Rodney                    )
Holland, Randy                  )
Cancel, Jason                   )
Walker, Daniel                  )
Lopez, Hoover                   )
Creeden, Patrick                )
Straughn, June                  )
Francisco, Sierra               )
Chancy, Nathan                  )
Rivas, Diane                    )
Restrepo, Miguel                )
DiPietra, William               )
Perrone, Steven                 )
Opeyemi, Riches                 )
Deheer, Andrew                  )
Sterling, Wesley                )
Sarfo, Vincent                  )
Walcott, Leck                   )
Herndon, William                )
Aiyelabowo, Mustafa             )
Lopez, David                    )
Knights, Samuel                 )
Hogson Sr., Duane               )
De los Santos, Octavio          )
Comerland, John                 )
Brown, Brittany                 )
Bucklan, Joshua                 )
Edge, Shamel                    )
Martinez, Edward                )
Kohrmawn, George                )

Doughherty, Jennifer )
Ornstein, Daniel )
Perez, Jose )
Thompson, Mariann )
Taranto, David )
Martin, Michael )
Lee, David )
Zenkovich, Evgeni )
Rodriguez, Jeanine )
Griebesland, Jason )
Li, Xae Hua )
Greenwald, John )
Mezzacappa, Anthony )
Lupin, Sara )
Harit, Eduard )
Gavrilov, Anatoliy )
Lipton, Jesse )
Rogovich, Dominic )
Satangelo, Charles )
Siciliano, Thomas )
Tepily, Alex )
Matos, Conrad )
McGuire, James )
Correa, Reinaldo )
Brownstein, Joshua )
Weber, Todd )
Bouskila, Isaac )
Simmons, Merisa )
McKenna, Kyle )
Mahoney, James )
Smith, Katherine )
Luttermoser, Tara )
Mangra, Thameshwar )
Simmons, Arlone )
Concepcion-Martinez, Lorena )
Aguirre, Juan )
Gray, Anna )
Winfield, Lance )
Gounden, Sammy )
Guerrido, Nancy )
Lesane, Tamika )
Ortiz, Tanika )
Felts, Roberto )
Israel, Robert )
Wong, Lisa )
Bonometre, Marc )

Castillo, Alexis                              )
Washington, Alicia                            )
Jordan, Mario                                 )
Hanson, Nicholas                              )
Aziz, Sharon                                  )
Timothy, David                                )
Pagan, Victor                                 )
Sosa, Caonabo                                 )
Geller, Barbiejo                              )
Stewart, Gregoria                             )
Rivera, Alfred                                )
Abdullah, Nadeem                              )
Easterling, Umeeka                            )
Knight, Lashunn                               )
Guardiola, Samuel                             )
Saint-Fleur, Melissa                          )
Joseph, Tracy                                 )
Wilson, Eva                                   )
Dimattel, Anthony                             )
Wakcham, Eric                                 )
Friend, Vanessa                               )
Heyward, Sandy                                )
Burbridge, Christine                          )
Lindeman, David                               )
Buscaoto, Roel                                )
Piazza, Saul                                  )
Stewart, Douglas                              )
Scott, Rose                                   )
Bucharan, Howard                              )
Freeland, Erica                               )
Lawrenceau, Jerry                             )
Johnson, Patrick                              )
Anderson, Johnny                              )
Billie, Thomas                                )
White, Samantha                               )
Hannafey, Jennifer                            )
Jones, Trevor                                 )
Funk, Scott                                   )
McPherson, Azure                              )
Wright, William                               )
Toomer, Wendi                                 )
Evans, Ramla                                  )
Hyland, Stephen                               )
Guzman, Crystal                               )
Steffens, Michael                             )
Alvarez, Lisa                                 )

Cherybin, Theodora                              )
Campbell, Amanza                                )
Ranier, Anthony                                 )
Ortiz, Thomas                                   )
Odengbe, Olatunde                               )
Lu, Zi  )
Grochulski, Ann                                 )
Harris, Tameka                                  )
Glaude, Donna                                   )
Duran, Ariel                                    )
Sawyer, Keith                                   )
Wiltshire, Trevon                               )
Langford, Yahki                                 )
Datilus, Sencia                                 )
Jones, Angela                                   )
Martinez, Brenda Flores                         )
Palmer, Colette                                 )
Hochbryeckner, Walter                           )
Boodoo, Darryl                                  )
Grano de Oro, Marcio                            )
Van Brakle, Miguel                              )
Oscar, Ferry                                    )
Bayard, Jeremy                                  )
Seymour, Steven                                 )
Cummings, Clayton                               )
Romain, Peguy                                   )
Anderson, Jennifer                              )
Ross, Vanessa                                   )
McDonald, Eze                                   )
Collins, Gardenia                               )
Chandler, George                                )
Greenidge, David                                )
Russell, Dean                                   )
Flower, Richard                                 )
Hamilton, Kevin                                 )
Konrad, Brendan                                 )
Jovin, Jeffrey                                  )
Chronov, Serge                                  )
Davis, Kenneth                                  )
Chester, Rondell                                )
Blain, Anthony                                  )
Zirino, Nicholas                                )
Lewis, Quedar                                   )
Londono, Derrick                                )
Batalla, Ohnesto                                )
Santana, Josette                                )

Rosario, Cesar                                     )
Philipps, Brian                                    )
Connell, Andria                                    )
Tennant, Lorna                                     )
Kleinberg, Steven                                  )
Reyes, Tara                                        )
Frenen, Stephanie                                  )
Jordan, Suzette                                    )
Kruysman, David                                    )
Accardo, Antonio                                   )
Bolds, Monsurat                                    )
Parris, Hanifa                                     )
Elkind, Steven                                     )
Mazziottf, Chris                                   )
Amore, John                                        )
Moise, Fritz                                       )
Silva, Arnold                                       )
Brown, Madelyn                                      )
Mejia, Jose                                         )
Leto, Thomas                                        )
Grennberger, Seth                                  )
Saladin, Stuart                                     )
Harrison, Winslow                                  )
Beckford, Claudine                                 )
Primo, Edward                                       )
Marthone, Harry                                    )
Danglade, Rheinhold                                )
Brady, Shane                                        )
Gardner, Janice                                    )
Spies, Bryan                                        )
Avellaneda, Carlos                                 )
Cook, David                                         )
Abad, Byron                                         )
Jones, Raheam                                       )
Ettienne, Shawn                                    )
Harrison, Nicholas                                 )
Henry, Carey                                        )
McMinn, David                                       )
Atkins, Robert                                      )
Rosales, Edgar                                      )
Roberts, Earl                                       )
Arnold, Winston                                     )
Kang, Katlyn                                        )
Gonzalez, Dona                                      )
Aviles, Frankie                                     )
Tillery, Corey                                      )

Adorno, Antonio )
Montoya, Mario )
Barbella, Matthew )
Gonzalez, Joseph )
Moundros, Matrona )
Morales, Michael )
Herold, Kirk )
Hanton, Lorena )
Williams, Tawana )
Best, Ivette )
Jimenez, Ramon )
Paredes, Nestor )
Welch, Mikal )
Steinberg, Steven )
Losardo, Matthew )
Combs, Nikcola )
Salem, Parisa )
Serrano, Eric )
McKoy, Dionne )
Buladac, Ronald )
Neverson, Samantha )
Leap, Leonardo )
Haley, Andrew )
Myhand, Steven )
Negron, Nicholas )
Montes, Hector )
Singleton, Sandra )
Santiago, Sonia )
Rodriguez, Vanessa )
Durecout, Jason )
Zender, Andrea )
Salazar-Campbell, Leyda )
Mercado, Moira )
Vives, John )
Abdur-Rahman, Salih )
Aikins, Jeanne )
Bentkowski, Janet )
Ward, Jacobi )
Coyne, Eugene )
Hedrington, Ziph )
Crutchfield, Keisha )
Ruiz, Kevin )
Abreu, Annabel )
Wyant, Markus )
Ortega Garcia, Bruny )
Garcia, Robert )

Krishen, Arran                                    )
Mateo, Franklin                                   )
Cabrera, Henry                                    )
Gonzales, Chris                                   )
Smith, Arnold                                     )
Kalski, Eva                                       )
Ramos, Frank                                      )
Chin, Christopher                                 )
Roloson, Kraig                                    )
Gonzalez, Joseph                                  )
Livinsky, Rostislav                               )
Espinosa, Jimmy                                   )
De Peña Jr., Luis                                 )
Romanowski, Corey                                 )
Pendergrass, Asya                                 )
Palacios, Marco                                   )
Lodigkeit, Glenn                                  )
Olive Jr., Ellis                                  )
Gillard, Norman                                   )
Holloway, Ceasar                                  )
Pumillo, Kyle                                     )
Rocha, Mario                                      )
Scott, Norman                                     )
Perez, Jamil                                      )
Gomez, Awilda                                     )
Zura, Sean                                        )
De La Cruz, Damary                                )
Rosas-Diaz, Yvonne                                )
Haigney, William                                  )
Harley, Persis                                    )
Colon, Nidsa                                      )
Spicer, Edward                                    )
Murawski, William                                 )
Taylor, Emery                                     )
Fredericks, Albert                                )
Rodriguez, Arnaldo                                )
Lorenz, Adam                                      )
Garcia, Juan                                      )
Medina, Jacinto                                   )
Gutierrez, Martha                                 )
Perez, Yvette                                     )
Mello, Doris                                      )
Delattoz, Leslie                                  )
Williams, Sebastian                               )
Valicenti, Charles                                )
Kelly, Robert                                     )

Morales, Daryl                              )
Taylor, Glen                                )
Aponte, Cristina                            )
Carrasquillo, Efrain                        )
Ajaz, Shakeel                               )
Bratholt, Kevin                             )
Galloza, Marisol                            )
Henriques, Sandra                           )
Hernandez, John                             )
Arnold, Joseph                              )
Jarani, Tony                                )
Lucero, Antonio                             )
D'Andrea, John                              )
Sanchez, Eric                               )
Mera, Elvin                                 )
White, Dionnetta                            )
Clerge, Johana                              )
Noble, Mario                                )
Sullivan, Kevin                             )
Rodriguez, Dennis                           )
Norden, Heather                             )
Ortiz, Christopher                          )
Little, Maureen                             )
Henriques, Sandra                           )
Coscia, Steve                               )
Zaita, Kenneth                              )
Baldanza, Francesco                         )
Betancourt, Nora                            )
Gabrielli, Carlo                            )
Malone, Andrew                              )
Pace, Edva                                  )
Curiale, Stephen                            )
Cerda-Matos, Joseph                         )
Thomas, Travis                              )
McCorvey, Dulce                             )
McGuire, Sherinia                           )
Garcia, Christine                           )
Baker, Veronica                             )
Miller, Nicole                              )
Diniso, Jessica                             )
Smiley, Gary                                )
Vincent, Christine                          )
Frazier, Tyrell                             )
De los Santos, Octavio                      )
Gonzalez, Justin                            )
Blair, Kimberly                             )

```
Albanese, Joanne                          )
Hodge, Gregory                            )
Spencer, Robert                           )
Walker, Dwayne                            )
Jermaine, Marshall                        )
Ang, Christopher                          )
Cook, John                                )
Cokaj, David                              )
Pierre, David                             )
Portilla, Robert                          )
Spooner, Alyssa                           )
                        Plaintiffs,       )
            vs.                           )
                                          )
CITY OF NEW YORK and                      )        Civil Action No. 1:13-cv-01015-VSB
THE NEW YORK CITY FIRE                    )
DEPARTMENT                                )
                                          )
                        Defendants,       )
                                          )
_____  )
```

## __THIRD AMENDED COMPLAINT__

### INTRODUCTION

Plaintiffs, by and through their counsel, the law firm of Woodley & McGillivary

LLP, for their complaint against the City of New York ("New York City") and the Fire

Department of the City of New York ("FDNY") (hereinafter collectively referred to as

"defendants"), state as follows:

### PARTIES

1.      Plaintiffs are and at all times material herein have been employed by

defendants in various work assignments in the positions of Emergency Medical

Technicians ("EMTs"), Paramedics, and Fire Inspectors below the rank of lieutenant in

the New York City Fire Department.  Plaintiffs bring this action for a declaratory

judgment, back pay and other relief pursuant to 29 U.S.C. § 207, 29 U.S.C. § 216(b), and

28 U.S.C. § 1331 to remedy the defendants' willful and unlawful violations of federal law complained of herein.

2.      Plaintiffs are identified in the caption of the Complaint and have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b). Written consents were appended to the original Complaint in the Appendix, as well as the First Amended Complaint.  125 additional written consents are appended to this Complaint as Exhibit A.  These written consent forms set forth each plaintiff's name and address.

3.      Each of the plaintiffs in this action while employed by defendants in the position of EMTs, Paramedics and Fire Inspectors has been an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

4.      Defendant New York City is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material hereto, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. § 203(x).  Defendant New York City has a principal office and place of business located at Broadway and Park Row, New York, New York, 10007, and may be served with process by serving the Office of Corporation Counsel, 100 Church Street, New York, New York, 10007.

5.      Defendant Fire Department of the City of New York (FDNY) is an administrative division of New York City and is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material herein, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. §203(x). The FDNY's principal office is located at 9 MetroTech Center, Brooklyn, New York.

**JURISDICTION AND VENUE**

6.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

7.      Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## CLAIMS

8.      At all times material herein, and since February 10, 2011, as well as before, the plaintiffs have worked within the FDNY for defendants in various work assignments within the positions of EMT, paramedic, and fire inspector.

9.      Defendants assign each plaintiff to a platoon.  Platoons A, B and C work a schedule of 5 days of 8 hour shifts followed by 2 scheduled days off duty and then 5 days of 8 hour shifts followed by 3 scheduled days off duty.  Under the platoon schedule, the plaintiffs assigned to Platoons A, B and C are scheduled to work 5 regular 8 hour shifts (or 40 hours a week) approximately 35 work weeks out of each calendar year.  Platoon D works a schedule of 5 days of 8 hour shifts followed by 2 scheduled days off each work week (40 hours a week).  Within the last two years while working in the position of EMT, paramedic, and fire inspector for defendants, plaintiffs have worked in excess of forty hours per week during each work week that the plaintiffs were scheduled to and did work at least 5 regular 8 hour shifts (or 40 hours a week) by virtue of them being suffered or permitted to perform uncompensated pre- and post-shift work.

10.     During the times that plaintiffs have worked in excess of 40 hours in a week, defendants failed to provide plaintiffs with the rights and protections provided under the FLSA.  Among other things, defendants have violated the FLSA, 29 U.S.C. §§ 207(a) through such actions as (1) suffering or permitting plaintiffs to work before and after their scheduled shifts and failing to compensate plaintiffs for such work activities, despite

having recorded such time, (2) failing to include in the regular rate at which overtime is paid shift differentials and other types of payments made to plaintiffs in addition to plaintiffs' basic pay, and (3) failing to pay overtime at the rate of time and one-half overtime for all hours worked over forty in a workweek.

11.     For example, the plaintiffs assigned as field EMTs and Paramedics (working on ambulances or other emergency vehicles) perform the following types of work, among other things, without compensation: checking in with their supervisors and discussing with them any information pertinent to their daily assignment; gathering, inspecting and organizing the personally-issued medical equipment they are required to carry to each assignment, including their tech bags; donning their FDNY uniform; gathering and inspecting their personal protective equipment (PPE) that they are required to have with them at all times while on duty; exchanging information and equipment, including a supply of controlled substances, radios, and radiation-detecting meters, with the out-going shift; beginning the Part 800 check, required by the State of New York; restocking the ambulance or other vehicle; and completing ePCR scanning and other reports required by defendants. The work activities for which the plaintiffs are not paid are integral and indispensable to their principal job duties.  The uncompensated work includes any travel time after the performance of the first integral and indispensable task (such as time spent walking to the locker room after checking in with a supervisor), until the last integral and indispensable task (such as completion of ePCRs or other reports).

12.     The plaintiffs assigned as non-field EMTs and Paramedics (working in the Bureau of Training, Medical Dispatch, the Resource Coordination Center, etc.) perform the following types of work, among other things, without compensation: preparing

lecture materials, sign-in sheets, hand-outs and equipment for training classes; obtaining equipment from their lockers; donning their FDNY uniform; conducting an information briefing with an outgoing employee in order to obtain necessary information concerning events that are currently taking place, such as stabbings, shootings, or major traumas; and obtaining information about the units that are currently on a call such that it would affect the distribution ambulances. The work activities for which the plaintiffs are not paid are integral and indispensable to their principal job duties.  The uncompensated work includes any travel time after the performance of the first integral and indispensable task (such as time spent walking to their work area after obtaining equipment, preparing equipment or engaging in a briefing), until the last integral and indispensable task performed.

13.     The plaintiffs assigned to work as Fire Inspectors perform the following types of work, among other things, without compensation: checking in with their supervisors and discussing with them any information their supervisor believes to be pertinent to their daily assignments, including obtaining their assignments for that day; planning and researching their daily fire inspection route and obtaining any necessary information in order to begin that route upon the start of their shift; and, if assigned to work on large-scale inspections, coordinating with the other fire inspectors assigned to their group for that day. The uncompensated work includes any travel time after the performance of the first integral and indispensable task (such as time spent walking to their work area after discussing assignments with their supervisor), until the last integral and indispensable task performed.

14.     The work described in paragraphs 11, 12 and 13 occurs on a daily basis and is recorded by the defendants as "uncompensated hours" in the defendants' City Time system.  Thus, the work time for which plaintiffs seek compensation is recorded by the defendants and ascertainable from the City Time work sheets.

15.     Obviously, in workweeks where the defendants schedule the plaintiffs to work 5 regular 8 hours shifts and the plaintiffs work those shifts (or 40 hours per week), any of the uncompensated pre- and post-shift work described in paragraphs 11, 12 and 13 results in the plaintiffs working more than 40 hours per week without compensation, a violation of the FLSA.

16.     Many of the plaintiffs in the instant action were plaintiffs in either *Conzo et al. v. City of New York, et al*., Case No. 05-civ-705 or *Aarons et al. v. City of New York, et al*., Case No. 09-civ-10138.  In those cases the plaintiffs also raised the issue of defendants failure to pay overtime for hours worked over 40.  The parties in *Conzo* and *Aarons* settled all of the claims in those lawsuits through February 9, 2011.

17.     Despite settling the claims in *Conzo* and *Aarons*, defendants have failed to make changes to correct the FLSA violations.

18.     Section 207 of the FLSA requires the payment of overtime compensation to employees who work in excess of the hourly standards set forth therein.  In particular, Section 207(a) requires the payment of overtime compensation at the rate of one and one-half times each employee's regular rate of pay for all work hours in excess of forty hours per week.  Defendants have failed to comply with the overtime pay requirements of the FLSA in the manner outlined herein.

19.     As a result of defendants' willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined.  The employment and work records for the plaintiffs are in the exclusive possession, custody and control of the defendants and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them.  Defendants are under a duty imposed by the FLSA, 29 U.S.C. § 211(c), and various other statutory and regulatory provisions, to maintain and preserve payroll and other employment records with respect to the plaintiffs from which the amount of defendants' liability can be ascertained.

20.     Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendants' failure to pay overtime compensation.

21.     Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b).

## DEMAND FOR A JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs hereby demand that their claims be tried before a jury.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiffs pray that this Court:

(a)  Enter judgment declaring that the defendants have willfully and wrongfully violated their statutory obligations, and deprived each of the plaintiffs of his and her rights;

(b)  Order a complete and accurate accounting of all the compensation to which

the plaintiffs are entitled;

(c)   Award plaintiffs monetary liquidated damages equal to their unpaid

compensation;

(d)  Award plaintiffs interest on their unpaid compensation;

(e)  Award plaintiffs their reasonable attorneys' fees to be paid by the defendants,

and the costs and disbursements of this action; and

(f)  Grant such other relief as may be just and proper.

Respectfully submitted,


_____*/s/ Sara L. Faulman*_____
Gregory K. McGillivary
Sara L. Faulman (SF 9778)
Diana J. Nobile
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC  20005
Phone: (202) 833-8855

## CERTIFICATE OF SERVICE

This is to certify that on July 19, 2016, I caused Plaintiffs' Third Amended

Complaint to be served in accordance with the Federal Rules of Civil Procedure, the

Southern District's Local Rules, the Court's Order of July 7, 2016, and the Southern

District's Rules on Electronic Service upon the defendants' counsel:

> Felice Ekelman, Esq.
> JACKSON LEWIS LLP
> 666 Third Avenue
> New York, NY 10017

<br>

/s/ Sara L. Faulman
Sara L. Faulman