# Appendix A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAZ PERRY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Civil Action No. 1:13-cv-01015-VSB |
| ) | |
| CITY OF NEW YORK, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |

**PLAINTIFFS' WITNESS LIST**

| Witness No. | Name | In Person/By Deposition | Description of Testimony |
|---|---|---|---|
| 1. | Timothy Anson | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |
| 2. | Jamil Perez | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same; Job duties of a Lieutenant |
| 3. | Jose Gonzalez | In Person | Job duties and responsibilities of plaintiffs and Lieutenants, including pre-shift and post-shift unpaid work, management knowledge of same, and prior FLSA litigation against FDNY |
| 4. | Megan Pfeiffer | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |
| 5. | Norman Ortiz | In Person | Job duties and responsibilities of plaintiffs and Captains, including pre-shift and post-shift unpaid work, management knowledge of same overtime policies and practices, and prior FLSA litigation against FDNY |
| 6. | Janet Bentkowski | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |
| 7. | Chaz Perry | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |
| 8. | Mario Manna | In Person | CityTime, including timekeeping policies and practices, overtime policies and practices |

| 9. | Carlos Escobar | In Person | Defendants' FLSA Training, including any training as to the meaning of compensable work and CityTime "certification" |
|---|---|---|---|
| 10. | Stephen Rush | In Person | What, if any, efforts defendants made to comply with the FLSA and whether defendants' violations of the FLSA were reckless and/or willful |
| 11. | Georgia Pestana | In Person | What, if any, efforts defendants made to comply with the FLSA and whether defendants' violations of the FLSA were reckless and/or willful |
| 12. | Andrea Katsanakos | In Person | Job duties of a Lieutenant, overtime policies and practices, plaintiffs' pre-shift and post-shift unpaid work and management knowledge of same |
| 13. | John Paul Mansour | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |
| 14. | Edwin Gonzalez | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same; Job duties of a Lieutenant |
| 15. | Michael Fields | In Person | Policies and practices of EMS Division related to EMT/Paramedic and supervisor job duties and responsibilities, including: operations orders, personnel matters, performance appraisals of EMTs and Paramedics related to tasks and standards at issue in this litigation, tools, equipment and PPE used by EMT/Paramedics and policies and practices related to same, scanning and/or uploading patient care reports, controlled substances, EMS vehicles and Cross Street Locations, code of conduct, pre-shift and post-shift unpaid work, management knowledge of same. In addition to testifying about policies and practices, Fields will offer testimony from personal knowledge about FLSA litigation against FDNY regarding the unpaid pre-shift and post-shift work at issue. |
| 16. | James Booth | By Deposition | Information exchange |
| 17. | Christopher Bilz | In Person | Overtime policies and practices, including pre-shift and post-shift unpaid work including unpaid equipment and narcotics exchanges and pre-shift early arrival, management knowledge of same, job duties and responsibilities of plaintiffs and their supervisors, including |

| | | | performance standards and measuring same, performance appraisals of EMTs and Paramedics related to tasks and standards at issue in this litigation, work rules, prior FLSA litigation against FDNY |
|---|---|---|---|
| 18. | Eric Ingram | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |
| 19. | Louis Lanier | In Person | Expert witness testimony regarding damages calculations for unpaid pre shift and post shift minutes claims, methods used to calculate damages, data relied on, number of capped unpaid minutes recorded in CityTime timekeeping system used in analysis of damages calculations. |
| 20. | Mark Estick | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |
| 21. | Gina Bellido | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |
| 22. | Any Plaintiff Witness Listed on Defendants' List | In Person | Job duties and responsibilities, including pre-shift and post-shift unpaid work, management knowledge of same |