# Appendix C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| CHAZ PERRY, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 1:13-cv-01015-VSB |
|  | ) |
| CITY OF NEW YORK, *et al.*, | ) |
|  | ) |
| Defendants, | ) |

_____ )

## PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| P1 | EMS OGP Index Table of Contents (July 24, 2015) (D034994-D035024) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P2 | EMS OGP 104-08, Appendix A and B: Tasks and Standards: EMTs and Paramedics (Dec. 1, 2005) (D019948-D019951) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P3 | EMS OGP 104-08, Appendix C and D: Tasks and Standards: Lieutenants and Captains (Dec. 1, 2005) (D019952-D019956) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P4 | EMS OGP 101-03: Duties and Responsibilities – Station Officer (Apr. 12, 2011) (D019668-D019670) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P5 | EMS OGP 101-02: Duties and Responsibilities – Captain (May 13, 2011) (D021505-D021507) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P6 | EMS Order No. 3 – Supplement 1: 2016 – The Safest Year Ever for Our City (Jan. 19, 2017) (D032584) | Relevance- FRE 401 |
| P7 | EMS Order No. 66 – Supplement 3: EMS Week 2016 – Photo Contest Winners (Dec. 22, 2016) (D032566-D032568) | Relevance- FRE 401 |
| P8 | EMS Order No. 44 – Supplement 1: EMS Week 2018 (May 17, 2018) (D033155) | Relevance- FRE 401 |
| P9 | EMS OGP 101-01: General Regulations (May 23, 2012) (D019654-D019662) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |

---

[1]    Defendants' objections to Exhibits P27A through P27S, P34 through P46, P48 through P65, P67 through P73, P74A through P74E and P76A through P90F are fully explained in defendants' motion in *limine*.

1

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| P10 | EMS OGP 101-01: General Regulations (Jul. 8, 2013) (D021496-D021504) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P11 | EMS OGP 101-15: Roll Calls (Sep. 4, 2018) (D032322-D032323) | Relevance- FRE 401 |
| P12 | EMSC OGP 108-01: Equipment General Regulations (Oct. 19, 2006) (D022395-D022398) | Relevance- FRE 401 |
| P13 | EMS OGP 125-07 – Supplement 1: Use of the MSA APR Millennium Model (Oct. 27, 2011) (D023121-D023129) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P14 | EMS OGP 101-12 – Addendum 6: Personal Protective Ensemble Storage (Nov. 1, 2007) (D019718-D019719) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P15 | *EMS Academy,* "Storage and Review of EMS Personal Protective Equipment (PPE)" (Nov. 9, 2016) (D033554-D033556) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P16*[2] | *EMS Operations,* "The First Five Minutes of Your Tour" (Jun. 28, 2016) (D033531-D033539) | Relevance- FRE 401 |
| P17 | EMSC OGP 107-02: Emergency Vehicle Checklist (Aug. 15, 2002) (D022252-D022257) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P18* | EMS OGP 107-02: Emergency Vehicle Checklist (Jan. 7, 2016) (D031983-D031985) | Relevance- FRE 401 |
| P19 | EMS OGP 109-05: Radio Codes (Jan. 6, 2012) (D020781-D020786) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P20 | EMS OGP 109-09: Radio and Mobile Data Terminal Procedures (Jan. 6, 2012) (D022549-D022558) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P21 | EMS OGP 108-03: Controlled Substances (Oct. 1, 2014) (D022411-D022451) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P22 | EMS OGP 108-03: Controlled Substances (Aug. 13, 2018) (D032303-D032319) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P23* | EMS Operations Order 2014-184: Pre- and Post-Shift Activities (Oct. 8, 2014) (D007503-D007504) | Relevance- FRE 401 |
| P24* | EMS Operations Order 2015-067: Pre-Shift Overtime (Mar. 13, 2015) (D023273)<br><br>EMS Operations Order 2015-067A: Pre-Shift Overtime | Relevance- FRE 401 |

---

[2]     The exhibits marked with an asterisk appear on both Plaintiffs' Exhibit List and Defendants' Exhibit List. Plaintiffs proposed entering these as joint exhibits. Defendants refused.

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
|  | (Revised) (March 20, 2015) (D023274) |  |
| P25 | EMSC Operating Guide 103-01: Command Discipline (Oct. 20, 2005) (D021683-D021697) | Relevance- FRE401, Confusion/Cumulative- FRE 403 |
| P26 | EMSC OGP 120-09: Lateness Management (Jul. 29, 2004) (D023014-D023017) | Relevance- FRE 401, Confusion/Cumulative- FRE 403 |
| P27 | A - Anson 2016 Performance Evaluation (D033576-D033583); Anson 2017 Performance Evaluation (D033563-D033569) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
|  | B - Belgrave 2011 Performance Evaluation (D001287-D001293) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
|  | C - Bellido 2014 Performance Evaluation (D033754-D033760); Bellido 2015 Performance Evaluation (D033742-D033748); Bellido 2016 Performance Evaluation (D033728-D033734); Bellido 2017 Performance Evaluation (D033713-D033719) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
|  | D - Bliss 2012 Performance Evaluation (D001540-D001546) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
|  | E - Braithwaite 2012 Performance Evaluation (D001668-D001674); Braithwaite 2013 Performance Evaluation (D001659-D001665) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
|  | F - Charles 2011 Performance Evaluation (D001944-D001949); Charles 2012 Performance Evaluation (D001935-D001940) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
|  | G - Collins 2013 Performance Evaluation (D001962-D001967) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
|  | H - Concepcion 2011 Performance Evaluation (D002002-D002008); Concepcion 2012 Performance Evaluation (D001975-D001981); Concepcion 2013 Performance Evaluation (D01984-D001990) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
|  | I - Criscitiello 2013 Performance Evaluation (D002013-D002019) | Relevance- FRE 401, Confusion/Cumulative- FRE |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| | | 403, Hearsay - FRE 802 |
| P27 (cont'd) | J - Graham 2011 Performance Evaluation (D002889-D002895) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | K - Handley 2013 Performance Evaluation (D002999-D003005) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | L - Li 2012 Performance Evaluations (D003814-D003820); Li 2013 Performance Evaluation (D003831-D003837) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | M - Lindie 2013 Performance Evaluation (D003841-D003846) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | N - O'Grady 2012 Performance Evaluation (D004624-D004630) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | O - Pneuman 2012 Performance Evaluation (D004817-D004822) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | P - Riffey 2013 Performance Evaluation (D005343-D005348) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | Q - Schettino 2011 Performance Evaluation (D006009-D006014), Schettino 2012 Performance Evaluation (D006017-D006022) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | R - Estick 2013 Performance Evaluation (D034030-D034035); Estick 2016 Performance Evaluation (D034003-D34009) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| | S - Jones 2012 Performance Evaluation (D003493-D003499) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P28 | EMSC OGP 102-09 – Addendum 1: Unit of the Month Recognition Program (Nov. 17, 2005) (D019780-D019781) | Relevance- FRE401, Cumulative- FRE 403 |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| P29 | Assorted Unit of the Month EMS Orders:<br>EMS Order No. 5 (May 17, 2016) (D032346-D032347)<br><br>EMS Order No. 98 (Sep. 18, 2017) (D032920)<br><br>EMS Order No. 17: Unit of the Month EMS Orders (Mar. 6, 2019) (D033434-D033435) | Relevance- FRE401, Cumulative- FRE 403<br><br>Relevance- FRE401, Cumulative- FRE 403 |
| P30 | EMS Order No. 48 – Supplement 1: Haz-Tac Instructor Recruitment (May 12, 2017) (D032781-D032782)<br><br>EMS Order No. 72 – Supplement 1: Per Diem Haz-Tac Officer Position Availability (Jul. 21, 2017) (D032848-D032849)<br><br>EMS Order No. 72 – Supplement 2: Rescue Paramedic Recruitment (Jul. 21, 2017) (D032850-D032851)<br><br>EMS Order No. 4 – Supplement 1: Commanding Officer – Haz-Tac Battalion (Jan. 10, 2019) (D033380-D033381) | Relevance- FRE401<br><br>Relevance- FRE401<br><br>Relevance- FRE401<br><br>Relevance- FRE401 |
| P31 | EMS OGP 102-18: Performance and Safety Accountability System (PSA) (Sep. 16, 2010) (D019850-D019852) | Relevance- FRE401, Confusion/Cumulative- FRE 403 |
| P32 | EMS Order No. 37 (Oct. 7, 2016) (D032482-D032483) | Relevance- FRE401, Confusion/Cumulative- FRE 403 |
| P33 | "What is the CityTime Portal?" (D024078)<br><br>CityTime "How Does the DCD Work?" (D024102)<br><br>Timesheet Preview (D024148) | Relevance- FRE401<br><br>Relevance- FRE401<br><br>Relevance- FRE401 |
| P34 | Email re Conzo – Draft Command Orders (Sep. 15, 2008) (D032107-D032112) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P35 | Email re Pre and Post Shift Work Draft Command Orders (Jul. 8, 2014) (D032113) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P36 | Email re CityTime Changes (Mar. 3, 2009) (D032114-D032116) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P37 | Email re Certification Language on CityTime (Mar. 6, 2009) (D032117) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P38 | Email re New Certification Language (Mar. 9, 2009) (D032118-D032121) | Relevance- FRE401, Confusion/Prejudicial- FRE |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| | | 403, Hearsay - FRE 802 |
| P39 | Email re New Certification Language (Mar. 9, 2009) (D032122-D032127) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P40 | Email re New Certification Language (Mar. 9, 2009) (D032145-D032149) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P41 | Email re New Certification Language (Mar. 9, 2009) (D032131-D032136) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P42 | Email re New Language for CityTime (Mar. 10, 2009) (D032137) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P43 | Email re New Certification Language (Mar. 10, 2009) (D032138-D032143) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P44 | Email re CityTime Certification (May 12, 2009) (D032144) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P45 | Email re CityTime Certification (Jun. 9, 2009) (D032150-D032151) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P46 | Email re CityTime Certification Text Revision (Jun. 25, 2009) (D032152) | Relevance- FRE401, Confusion/Prejudicial- FRE 403, Hearsay - FRE 802 |
| P47 | CityTime Approver Course Homepage (D0030503-D0030673) | Relevance- FRE401 |
| P48 | *Kroustallis, et al., v. City of New York, et al.* Notice of Consent to Join of Captain Ortiz (Dec. 16, 2016) (DE #18) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P49 | *Kroustallis, et al., v. City of New York, et al.* Ortiz Consent to Join Form (Dec. 16, 2016) (DE# 18.1) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P50 | *Kroustallis, et al., v. City of New York, et al.* Gonzalez Consent to Join Form  (Nov. 30, 2016) (DE #15.2) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P51 | *Ramos, et al., v. The City of New York, et al.* Gonzalez Consent Form Signature Page (Jan. 21, 2014) (DE #46) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P52 | *Ramos, et al., v. The City of New York, et al.* Ortiz Consent Form Signature Page (Mar. 5, 2014) (DE #261) | Relevance- FRE 401, Confusion/Prejudicial – FRE |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| | | 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P53 | *Ramos, et al., v. The City of New York, et al.* Fields Consent Form Signature Page (Feb. 27, 2014) (DE #155) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P54 | *Ramos, et al., v. The City of New York, et al.* Bilz Consent Form Signature Page (Mar. 8, 2014) (DE #310) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P55 | Letter to Judge Forrest re *Ramos v. City of New York, et al.* (Apr. 8, 2015) (DE #542) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P56 | *Ramos v. City of New York, et al.* Settlement Agreement (Jul. 16, 2015) (DE #586) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P57 | *Conzo, et al., v. City of New York, et al.* Complaint (Jan. 20, 2005) (DE #1) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P58 | *Conzo, et al., v. City of New York, et al.* Docket Report Excerpt | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P59 | Bilz Consent Form – *Conzo, et al., v. City of New York* (PLF16445) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P60 | Fields Consent Form – *Conzo, et al., v. City of New York* (PLF16446) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P61 | Fax to Judge Cedarbaum re Settlement in *Conzo, et al., v. City of New York, et al.* including Settlement Agreement (Feb. 10, 2011) (PLF 16426-PLF16444) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P62 | Ortiz Payroll Data showing gross backpay in *Conzo v NYC;* Ortiz liquidated damages check in *Conzo* (Apr. 18, 2011) (PLF 16411-PLF 16414) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P63 | Gonzalez Payroll Data showing gross backpay in *Conzo v. NYC*; Gonzalez Liquidated Damages Check in *Conzo* (Apr. 18, 2011) (PLF 16415-PLF 16418) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
|  |  | Authenticity - FRE 901 |
| P64 | Bilz Payroll Data showing gross backpay in *Conzo v. NYC*; Bilz liquidated damages check in *Conzo* (Apr. 18, 20 11) (PLF 16419-PLF 16421) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P65 | Fields Payroll Data showing gross backpay in *Conzo v. NYC;* Fields liquidated damages check in *Conzo* (Apr. 18, 2011) (PLF 16422-PLF 16425) | Relevance- FRE 401, Confusion/Prejudicial – FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P66* | EMS Operations Order 2016-086 (Apr. 22, 2016) (Dkt. 136-17) (D031986) | Relevance – FRE 401 |
| P67 | Plaintiffs' First 30(b)(6) Deposition Notice re Job Duties | Relevance- FRE 401, Confusion– FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P68 | Plaintiffs' Second 30(b)(6) Deposition Notice re FLSA Compliance | Relevance- FRE 401, Confusion– FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P69 | Plaintiffs' Third 30(b)(6) Deposition Notice re Timekeeping | Relevance- FRE 401, Confusion– FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P70 | Plaintiffs' Fifth 30(b)(6) Deposition Notice re FLSA Training | Relevance- FRE 401, Confusion– FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P71 | Complaint (Feb. 13, 2013) (Dkt. 1) | Relevance- FRE 401, Confusion/Prejudicial– FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P72 | Third Amended Complaint (Jul. 19, 2016) (Dkt. 115) | Relevance- FRE 401, Confusion/Prejudicial– FRE 403, Hearsay - FRE 802, Authenticity - FRE 901 |
| P73 | Defendants' Answer to Third Amended Complaint (Jul. 26, 2016) (Dkt. 116) | Relevance- FRE 401, Confusion/Prejudicial– FRE 403, Hearsay - FRE 802 |
| P74 | A - Expert Witness, Dr. Louis Lanier's Second Supplemental Expert Report (September 3, 2019)<br><br>B - Dr. Lanier's CV | Relevance- FRE 401, Confusion/Cumulative – FRE 403, Hearsay – FRE 802<br>Relevance- FRE 401, Confusion/Prejudicial– FRE 403, Hearsay – FRE 802 |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| P74 (cont'd) | C - Expert Witness, Dr. Lanier's First Supplemental Report (May 17, 2016) | Relevance- FRE 401, Confusion/Cumulative – FRE 403, Hearsay - FRE 802 |
| | D - 3-Year Backpay Table by Plaintiff | Relevance- FRE 401, Confusion/Cumulative – FRE 403, Hearsay - FRE 802 |
| | E - 2-Year Backpay Table by Plaintiff | Relevance- FRE 401, Confusion/Cumulative – FRE 403, Hearsay - FRE 802 |
| P75 | CityTime Punch Time Summary | Plaintiffs have not identified this exhibit by bates number and not have produced a copy to defendants.  Therefore, defendants reserve all objections as to this exhibit. |
| P76A | Anson 2011 Evaluation (D001084-D001090) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P76B | Anson 2013 Evaluation (D033617-D033623) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P76C | Anson 2014 Evaluation (D033605-D033611) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P76D | Anson 2015 Evaluation (D033590-D033596) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P76E | Anson 2016 Evaluation (D033576-D033583) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P76F | Anson 2017 Evaluation (D033563-D033569) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P76G | Anson Timesheet (D024089-D024091) | Relevance- FRE 401 |
| P77A | Avellaneda 2012 Evaluation (D001187-D001192) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P77B | Avellaneda 2013 Evaluation (D001176-D001182) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P77C | Avellaneda 2014 Evaluation (D033696-D033702) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| P77D | Avellaneda 2015 Evaluation (D033680-D033686) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P77E | Avellaneda 2016 Evaluation (D033661-D033667) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P77F | Avellaneda 2017 Evaluation (D033647-D033653) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P77G | Avellaneda 2018 Evaluation (D033632-D033638) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P77H | Avellaneda Timesheet (D024275-D024277) | Relevance- FRE 401 |
| P78A | Bellido 2011 Evaluation (D001330-D001336) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P78B | Bellido 2013 Evaluation (D001309-D001314) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P78C | Bellido 2014 Evaluation (D033754-D033760) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P78D | Bellido 2015 Evaluation (D033742-D033748) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P78E | Bellido 2016 Evaluation (D033728-D033734) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P78F | Bellido 2017 Evaluation (D033713-D033719) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P79A | Bentkowski 2011 Evaluation (D001367-D001373) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P79B | Bentkowski 2013 Evaluation (D001358-D001366) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P79C | Bentkowski Timesheet (D024516-D024518) | Relevance- FRE 401 |
| P80A | Bilgore 2013 Evaluation (D033842-D033847) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P80B | Bilgore 2014 Evaluation (D033830-D033835) | Relevance- FRE 401, |

10

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
|  |  | Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P80C | Bilgore 2015 Evaluation (D033819-D033824) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P80D | Bilgore 2016 Evaluation (D033806-D033811) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P80E | Bilgore 2017 Evaluation (D033793-D033798) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P80F | Bilgore 2018 Evaluation (D033781-D033786) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P81A | Cruz 2011 Evaluation (D002181-D002187) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P81B | Cruz 2012 Evaluation (D002166-D002172) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P81C | Cruz 2013 Evaluation (D002157-D002163) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P81D | Cruz 2015 Evaluation (D033973-D033979) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P81E | Cruz 2016 Evaluation (D033967-D033971) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P81F | Cruz 2017 Evaluation (D033945-D033951) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P82A | Estick 2011 Evaluation (D002283-D002289) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P82B | Estick 2012 Evaluation (D002274-D002280) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P82C | Estick 2013 Evaluation (D034030-D034035) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P82D | Estick 2015 Evaluation (D034017-D034023) | Relevance- FRE 401, |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| | | Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P82E | Estick 2016 Evaluation (D034003-D034009) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P82F | Estick 2017 Evaluation (D033989-D033994) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P83A | Gonzalez 2011 Evaluation (D002846-D002851) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P83B | Gonzalez 2012 Evaluation (D002835-D002841) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P83C | Gonzalez 2014 Evaluation (D034104-D034110) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P83D | Gonzalez 2015 Evaluation (D034092-D034098) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P83E | Gonzalez 2016 Evaluation (D034078-D034084) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P83F | Gonzalez 2017 Evaluation (D034066-D034072) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P84A | Ingram 2012 Evaluation (D003380-D003386) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P84B | Ingram 2013 Evaluation (D034139-D034145) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P84C | Ingram 2014 Evaluation (D034125-D034131) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P84D | Ingram 2015 Evaluation (D034112-D034118) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P85A | Jones 2011 Evaluation (D003502-D003508) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P85B | Jones 2012 Evaluation (D003493-D003499) | Relevance- FRE 401, |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| | | Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P85C | Jones 2014 Evaluation (D034193-D034199) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P85D | Jones 2015 Evaluation (D034182-D034187) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P85E | Jones 2016 Evaluation (D034170-D034174) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P85F | Jones 2017 Evaluation (D034155-D034160) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P86A | Mansour 2014 Evaluation (D034300-D034306) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P86B | Mansour 2016 Evaluation (D034288-D034294) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P86C | Mansour 2017 Evaluation (D034254-D034260) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P87A | Perez 2011 Evaluation (D004759-D004765) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P87B | Perez 2013 Evaluation (D034437-D034443) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P87C | Perez 2014 Evaluation (D034418-D034424) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P87D | Perez 2015 Evaluation (D034400-D034406) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P87E | Perez 2016 Evaluation (D034382-D034388) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P88A | Perry 2011 Evaluation (D007303-D007309) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P88B | Perry 2013 Evaluation (D007333-D007339) | Relevance- FRE 401, |

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
|  |  | Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P88C | Perry 2014 Evaluation (D034823-D034829) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P88D | Perry 2015 Evaluation (D034811-D034816) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P88E | Perry 2016 Evaluation (D034788-D034794) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P88F | Perry 2018 Evaluation (D034775-D034781) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P89A | Pfeiffer 2012 Evaluation (D004778-D004784) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P89B | Pfeiffer 2015 Evaluations<br>January-August 2015 (D034571-34577)<br>January-December 2015 (D034559-D034565) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P90A | Richardson 2010 Evaluation (D005248-D005253) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P90B | Richardson 2012 Evaluation (D005223-D005228) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P90C | Richardson 2013 Evaluation (D034699-D034705) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P90D | Richardson 2014 Evaluation (D034685-D034691) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P90E | Richardson 2015 Evaluation (D034673-D034679) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P90F | Richardson 2016 Evaluation (D034660-D034665) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P90G | Richardson 2017 Evaluation (D034644-D034649) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P90H | Richardson 2018 Evaluation (D034632-D034635) | Relevance- FRE 401, |

14

| Exhibit No. | Description | Defendants' Objections[1] |
|---|---|---|
| | | Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P91A | Rutherford 2011 Evaluation (D005672-D005677) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P91B | Rutherford 2014 Evaluation (D034759-D034765) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P91C | Rutherford 2015 Evaluation (D034747-D034752) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P91D | Rutherford 2016 Evaluation (D034733-D034738) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P91E | Rutherford 2017 Evaluation (D034720-D034725) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P91F | Rutherford 2018 Evaluation (D034711-D034716) | Relevance- FRE 401, Confusion/Cumulative- FRE 403, Hearsay - FRE 802 |
| P92 | Demonstrative Exhibit – Photos of Plaintiffs' Work Locations | Plaintiffs have not provided the photographs referenced in this exhibit to defendants and therefore defendants reserve all objections to this exhibit. |

4817-7664-3238, v. 1

15