UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAZ PERRY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| CITY OF NEW YORK, et al., | )   Civil Action No. 1:13-cv-01015-VSB |
| | ) |
| Defendants, | ) |

## NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* TO LIMIT THE TESTIMONY OF DR. CHRISTOPHER ERATH

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support

of Plaintiffs' Motion *in Limine* to Limit the Testimony of Dr. Christopher Erath, plaintiffs hereby

move this Court for an Order barring Dr. Erath from testifying or otherwise presenting evidence

as to (1) legal conclusions; (2) whether plaintiffs were performing work; and (3) his own damages

calculations.

Dated: September 16, 2019          Respectfully submitted,

*/s/ Molly A. Elkin*
Molly A. Elkin
Sara L. Faulman
Diana J. Nobile
Sarah M. Block
McGILLIVARY STEELE ELKIN LLP
110 Vermont Ave., N.W. Suite 1000
Washington, D.C. 20005
Phone: (202) 833-8855

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that on September 16, 2019, I caused Plaintiffs' Notice of Motion *in Limine* to Limit the Testimony of Dr. Christopher Erath, and accompanying Memorandum in Support, to be served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the defendants' counsel:

Felice B. Ekelman
Mark S. Mancher
Jeffrey W. Brecher
Michael A. Frankel
Adam Gross
JACKSON LEWIS LLP
666 Third Avenue
New York, NY 10017

Andrea O'Connor
Kerrin Bowers
Office of the Corporation Counsel
        of the City of New York
100 Church Street
New York, NY 10007

*/s/ Molly A. Elkin*
Molly A. Elkin