```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CHAZ PERRY, et al.,                                        :
:
Plaintiffs,        :
:           13-CV-1015 (VSB)
-v-                                          :
:              **ORDER**
THE CITY OF NEW YORK, et al.,                              :
:
Defendants.        :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiffs' letter with exhibits and demonstratives and Defendants' letter, each dated October 5, 2019, concerning Plaintiffs' request to display various demonstratives and exhibits during opening statement. Accordingly, it is hereby:

ORDERED that Plaintiffs' request to display various demonstratives and exhibits during opening statement is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Plaintiffs will not be permitted to display P92-4, P92-11, P92-12 or P92-20 during Plaintiffs' opening statement.

IT IS FURTHER ORDERED that Plaintiffs can display P21-16, P89A-6, P27-79, P27-138, P76G-1, P33-3, and P23-1 without highlighting to the jury during opening statement.

1

IT IS FURTHER ORDERED that prior to opening statements the Court will give a curative instruction to the jury regarding the displaying of documents during opening statement.

SO ORDERED.

Dated: October 6, 2019
       New York, New York

*[signature]*

Vernon S. Broderick
United States District Judge