USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHAZ PERRY, et al.,

                          Plaintiffs,

            -v-

THE CITY OF NEW YORK, et al.,

                         Defendants.

------------------------------------------------------------X

13-CV-1015 (VSB)

**VERDICT SHEET**

<u>VERNON S. BRODERICK, United States District Judge</u>:

**Question 1:**

Did the Plaintiff EMTs and Paramedics prove by a preponderance of the evidence that the Defendants have a policy or practice of suffering or permitting the Plaintiffs to perform work before their shift without pay, in violation of the Fair Labor Standards Act?

                ✓ YES                       ___ NO

**Question 2:**

Did the Plaintiff EMTs and Paramedics prove by a preponderance of the evidence that the Defendants have a policy or practice of suffering or permitting the Plaintiffs to perform work after their shift without pay, in violation of the Fair Labor Standards Act?

                ✓ YES                       ___ NO

*If your answer to both Question 1 and Question 2 is "No," you have found for the Defendants and should not answer any additional questions. Proceed to the signature line at the end of the form.*

*If your answer to Question 1 is "Yes," please also provide an answer to Question 3.*

*If your answer to Question 2 is "Yes," please also provide an answer to Question 4.*

**Question 3:**

Did the Plaintiffs prove by a preponderance of the evidence that the CityTime system accurately captures the unpaid pre-shift work minutes at issue in this case (i.e., up to 15 minutes of pre-shift work)?

✓ YES          ___ NO

**Question 4:**

Did the Plaintiffs prove by a preponderance of the evidence that the CityTime system accurately captures the unpaid post-shift work minutes at issue in this case (i.e., up to 15 minutes of post-shift work)?

✓ YES          ___ NO

*If your answer to both Question 3 and Question 4 is "Yes," please skip Question 5 and Question 6 and proceed to Question 7.*

*If your answer to Question 3 is "No," please also provide an answer to Question 5.*

*If your answer to Question 4 is "No," please also provide an answer to Question 6.*

**Question 5:**

On average, how many unpaid pre-shift minutes, per Plaintiff, per shift, should be counted as work time for which the Plaintiffs should have been paid?

_____ minutes

**Question 6:**

On average, how many unpaid post-shift minutes, per Plaintiff, per shift, should be counted as work time for which the Plaintiffs should have been paid?

_____ minutes

**Question 7:**

Did Plaintiffs prove by a preponderance of the evidence that the Defendants willfully violated the Fair Labor Standards Act?

    ✓ YES                          ___ NO

*If your answer to both Question 3 and Question 4 was "Yes," proceed to the signature line and sign the form.*

*If your answer to either Question 3 or Question 4 was "No," continue to Question 8, but only as to the question for which your answer was "No."*

**Question 8:**

Based on the average number of unpaid pre-shift and/or post-shift minutes, per Plaintiff, per shift, you determined above in response to Questions 5 and/or 6, what are the damages to which Plaintiffs are entitled?

$

**You have completed all questions. Please proceed to the signature line below.**

**SIGNATURE LINE**

Foreperson and other jurors, please sign and date the verdict sheet. Then, without disclosing your verdict, advise the Court in a note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

_____[signature]_____     10/24/19
Foreperson

_____[signature]_____     10/24/19

| Signature | Date |
|---|---|
| Jill L. Monahl | 10/24/19 |
| Katherine M. Young | 10/24/19 |
| _[signature]_ | 10/24/19 |
| Abigail Padilla | 10/24/19 |
| _[signature]_ Lorenz | 10/24/19 |
| Helen _[signature]_ | 10/24/19 |
| _[signature]_ | 10/24/19 |
| _[signature]_ | 10/24/19 |

Dated:    10/24/19