UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CHAZ PERRY, et al.,                                        :
:
                Plaintiffs,         :      13-cv-1015 (VSB)
:
     -against-                                        :
:      **ORDER**
THE CITY OF NEW YORK AND THE                               :
NEW YORK CITY FIRE DEPARTMENT,                             :
:
                Defendants.         :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2019

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' status update dated November 7, 2019. (Doc. 299.) Accordingly, it is hereby:

      ORDERED that I will hold in abeyance entry of judgment as to the Plaintiffs' total backpay damages pending resolution of Defendants' liability for liquidated damages.

      IT IS FURTHER ORDERED that Plaintiffs submit their opening motion as to Defendants' liability for liquidated damages no later than November 12, 2019. Defendants' shall submit any response by November 19, 2019, and Plaintiffs' shall submit any reply brief by November 25, 2019.

SO ORDERED.

Dated: November 8, 2019
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge