USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAZ PERRY, *et al.*,

        Plaintiffs,

vs.

CITY OF NEW YORK, *et al.*,

        Defendants,

Civil Action No. 1:13-cv-01015-VSB

## ORDER OF DISMISSAL WITH PREJUDICE OF THE CLAIMS OF FIRE INSPECTOR PLAINTIFFS

In light of my findings at the February 13, 2020 settlement fairness hearing, it is hereby:

ORDERED that I approve and adopt the terms of the Settlement Agreement entered into between the 27 Fire Inspectors and the Defendants in the instant action. (Doc. 274, Ex. 1.)

IT IS FURTHER ORDERED that, consistent with the terms of the Settlement Agreement, the claims of the Fire Inspectors listed in Exhibit A to the Settlement Agreement are hereby dismissed with prejudice. Consistent with Paragraph 1.5 of the Settlement Agreement, this Order does not dismiss or otherwise affect the claims of the plaintiffs in the above-captioned action who are not identified in Exhibit A to the Settlement Agreement.

IT IS FURTHER ORDERED that I will retain jurisdiction over the parties to the Settlement Agreement for the purpose of interpretation and compliance with the Agreement and this Order of Dismissal with Prejudice of the Claims of Fire Inspector Plaintiffs.

So ORDERED this 13th day of February, 2020.

*Vernon Broderick*
Vernon S. Broderick
United States District Judge