UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CHAZ PERRY, et al.,

                        *Plaintiffs*,

         - against -

THE CITY OF NEW YORK and
THE NEW YORK CITY FIRE DEPARTMENT,

                        *Defendants.*

**NOTICE OF APPEAL**

1:13-cv-01015-VSB

------------------------------------------------------------------- x

       Notice is hereby given that defendants appeal to the United States Court of Appeals for the Second Circuit from the opinion and order entered on August 5, 2021 (ECF No. 332) and the final judgment entered on February 5, 2020 (ECF No. 313), bringing up for review all underlying orders and rulings.

Dated:    New York, New York
            August 27, 2021

                                                        GEORGIA M. PESTANA
                                                        *Corporation Counsel*
                                                         *of the City of New York*
                                                         Attorney for Defendants

                                      By:     /s/ Devin Slack
                                                        Devin Slack
                                                        Assistant Corporation Counsel

                                                       100 Church Street
                                                       New York, New York 10007
                                                       212-356-0817
                                                       dslack@law.nyc.gov