UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
:
CHAZ PERRY, et al.,                                   :
                                                      :
                         Plaintiffs,                  :
                                                      :                13-CV-1015 (VSB)
            - against -                               :
                                                      :                **ORDER**
CITY OF NEW YORK, et al.,                             :
                                                      :
                         Defendants.                  :
                                                      :
------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the letter and proposed order filed by Plaintiffs on October 5, 2023 in the above-captioned case. (Doc. 345.) Having reviewed these materials, IT IS HEREBY ORDERED THAT Defendants shall respond to Plaintiffs' letter and raise any objections to the proposed order by October 11, 2023.

SO ORDERED.

Dated: October 6, 2023
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge