UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
:
CHAZ PERRY, et al.,                              :
                                                 :
                    Plaintiffs,                  :
                                                 :          13-CV-1015 (VSB)
      - against -                                :
                                                 :          **ORDER**
CITY OF NEW YORK, et al.,                        :
                                                 :
                    Defendants.                  :
                                                 :
-------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On October 6, 2023, I ordered Defendants to respond to Plaintiffs' letter, dated October 5, 2023, and raise any objections to the proposed "Order on Mandate" by October 11, 2023. (Doc. 346.) Because Defendants have not filed any objections with the Court, IT IS HEREBY ORDERED THAT the deadline for Defendants to respond to the "Order on Mandate" is extended until October 16, 2023. If Defendants do not raise any objections by this deadline, I will grant the proposed "Order on Mandate."

SO ORDERED.

Dated: October 12, 2023
       New York, New York

                                    _____
                                    Vernon S. Broderick
                                    United States District Judge