UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
     :
CHAZ PERRY, et al.,     :
     :
     Plaintiffs,  :
     :  13-CV-1015 (VSB)
  - against -  :
     :  **ORDER**
CITY OF NEW YORK, et al.,  :
     :
     Defendants.  :
     :
---------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 25, 2023, I ordered Defendants to respond to Plaintiffs' letter, dated October 24, 2023, and raise any objections to the proposed "Order on Post-Judgment Interest, Backpay, and Post-Judgment Attorneys' Fees and Costs" by October 27, 2023. (Doc. 352.) Because Defendants have not filed any objections with the Court, it is hereby:

ORDERED that the deadline for Defendants to respond to the proposed order is extended until November 3, 2023. If Defendants do not raise any objections by this deadline, I will grant the proposed order.

SO ORDERED.

Dated: October 31, 2023
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge