

Molly A. Elkin
mae@mselaborlaw.com

December 11, 2023

**VIA ECF**
The Honorable Vernon S. Broderick
United States Courthouse, Courtroom 518
40 Foley Square
New York, NY 10007

Re:   *Chaz Perry, et al. v. The City of New York, et al*.
      13-cv-1015-VSB

Dear Judge Broderick:

In accordance with Paragraph 4 of the Court's Order on Post-Judgment Interest, Backpay, and Post-Judgment Attorneys' Fees and Costs (Dkt. 355), Plaintiffs write on behalf of the Parties to inform the Court that the City has made all payments required by that Order and by the Final Judgment (Dkt. 313).

Respectfully submitted,

McGILLIVARY STEELE ELKIN LLP

Molly A. Elkin